| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Steven A. Alpert, Esq #159730<br>15760 Ventura Blvd., Suite 1100<br>Encino, CA 91436<br>Telephone: (818) 205-2444 Fax: (818) 995-9277<br>email: alpert@pricelawgroup.com | |
| *Attorney for* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>Bessie Louise Pollack<br><br>Debtor(s). | CHAPTER: 7<br>CASE NO.: 2:08-bk-20271-TD<br><br>(No Hearing Required) |
|---|---|

# NOTICE OF MOTION AND MOTION TO AVOID LIEN
## UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)

**(Creditor Name:** Adams Financial Investment Fund, LLC **)**
*(Insert Name of Creditor holding Lien to be Avoided)*

1. TO THE CREDITOR, CREDITOR'S ATTORNEY AND OTHER INTERESTED PARTIES:

2. NOTICE IS HEREBY GIVEN that the Debtor hereby moves this Court for an Order, without a hearing, avoiding a lien on the grounds set forth below.

3. **Deadline for Opposition Papers:**
Pursuant to Local Bankruptcy Rule 9013-1(o), any party objecting to Debtor's Motion may file and serve a written objection and request a hearing on this Motion. If you fail to file a written response within 14 days of the date of service of this Notice, the Court may treat such failure as a waiver of your right to oppose this Motion and may grant the requested relief.

4. **Type of Case:**
   a. ☒ A Voluntary Petition under Chapter ☒ 7 ☐ 11 ☐ 12 ☐ 13 was filed on: 7/11/08
   b. ☐ An Involuntary Petition under Chapter ☐ 7 ☐ 11 was filed on:
      ☐ An Order of Relief under Chapter ☐ 7 ☐ 11 was entered on:
   c. ☐ An Order of Conversion to Chapter ☐ 7 ☐ 11 ☐ 12 ☐ 13 was entered on:
   d. ☐ Other:

5. **Procedural Status:**
   a. ☒ Name of Trustee Appointed *(if any)*: Sam S. Leslie
   b. ☐ Name of Attorney of Record for Trustee *(if any)*:

*(Continued on next page)*

Motion to Avoid Lien (Real Property) - *Page 2*    **F 9013-1.5**

| In re<br>Bessie Louise Pollack | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NO.: 2:08-bk-20271-TD |

6. Debtor claims an exemption in the subject real property under:
   a. ☒ California Code of Civil Procedure § 704.730 (Homestead): Exemption amount claimed on Schedules: $ 150,000.00
   b. ☐ California Code of Civil Procedure § _____ Exemption amount claimed on Schedules: $ _____
   c. ☐ Other Statute *(specify)*:

7. Debtor's entitlement to an exemption is impaired by judicial lien, the details of which are as follows:
   a. Date of Entry of Judgment *(specify)*: 9/26/07
   b. Case Name *(specify)*: Adams Financial Investment Fund, LLC v. Bessie Pollack
   c. Docket Number *(specify)*: BC362760
   d. Date of Recordation of Lien *(specify)*: 11/2/07
   e. Recorder's Instrument Number or Map/Book/Page *(specify)*: 20072477418

8. The property claimed to be exempt is as follows:
   a. Street Address *(specify)*: 7001 S. La Cienega Blvd Unit 309, Los Angeles, CA 90045
   b. Legal Description *(specify)*:    ☒ See Attached Page

9. Debtor acquired the property claimed exempt on the following date *(specify)*: 6/28/96

10. Debtor alleges that the fair market value of the property claimed exempt is: $ 245,000.00

11. The subject property is encumbered with the following liens (list mortgages and other liens in order of priority and place an "X" as to the lien to be avoided by this Motion):

| Name of Lien Holder | "X" | Date Lien Recorded | Original Lien Amount | Current Lien Amount | Date of Current Lien |
|---|---|---|---|---|---|
| Citimortgage | | 9/28/04 | $ 125,000.00 | $123,618.24 | 7/8/08 |
| Wells Fargo, N.A. | | 7/13/07 | $ 36,427.73 | $36,427.73 | 6/13/07 |
| Adams Financial Investment Fund, LLC | X | 11/2/07 | $ 442,369.29 | $442,369.29 | 9/26/07 |
| Home Vest Capital LLC | | 11/13/07 | $ 58,990.91 | $58,990.91 | 4/6/07 |
| American Express Company, In | | 5/6/08 | $ 11,615.60 | $11,615.60 | 3/13/08 |

12. Debtor attaches copies of the following documents in support of the motion (as appropriate):
    a. ☒ Schedule C listing all exemptions claimed by Debtor(s)
    b. ☒ Appraisal of the property
    c. ☒ Documents showing current balance due as to the liens specified in Paragraph 11 above
    d. ☒ Recorded Abstract of Judgment
    e. ☐ Recorded Declaration of Homestead (Homestead Exemption)
    f. ☒ Declaration(s)
    g. ☐ Other *(specify)*:

13. Total number of attached pages of supporting documentation: _____

*(Continued on next page)*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2009    **F 9013-1.5**

| | Motion to Avoid Lien (Real Property) - Page 3 | | F 9013-1.5 |
|---|---|---|---|
| In re<br>Bessie Louise Pollack | | CHAPTER: 7 | |
| | | Debtor(s). | CASE NO.: 2:08-bk-20271-TD |

14. Debtor declares under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this motion was executed on the following date at __Encino_____, California.

WHEREFORE, Debtor prays that this Court issue an Order (a copy of the form of which is submitted herewith and has been served) avoiding the creditor's lien.

Dated: 2/10/2010

X _____Bessie Pollack_____
Debtor's Signature

Dated: 2/10/2010

PRICE LAW GROUP, APC
Law Firm Name

By: _____

Name: _____Steven A. Alpert 159730_____
Attorney for Debtor

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2009

F 9013-1.5

Motion to Avoid Lien (Real Property) - *Page 4*    **F 9013-1.5**

| In re | | CHAPTER: |
|---|---|---|
| Bessie Louise Pollack | | |
| | Debtor(s). | CASE NO.: 2:08-bk-20271-TD |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
15760 Ventura Blvd., Suite 1100
Encino, CA 91436

A true and correct copy of the foregoing document described as Notice of Motion and Motion to Avoid Lien Under 11 U.S.C. section 522(f)(Real Property)-Adams Financial Investment Fund,LLC will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 2/11/10 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Antonio Santillan, President/CEO of Adams Financial Investment Fund, LLC - antonio@adamsfinancial.net
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
Sam S. Leslie, Chapter 7 Trustee - sleslie@scf.epiqsystems.com, gbaltazar@lesliecpa.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 2/11/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Thomas B. Donovan
United States Bankruptcy Court
255 East Temple Street, Suite 1352, Los Angeles, CA 90012

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/11/10 | Karina Mooradian | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2009    **F 9013-1.5**

| In re | | CHAPTER 7 |
|---|---|---|
| | **Bessie Louise Pollack** | |
| | Debtor(s). | CASE NO.: **2:08-bk-20271** |

## ADDITIONAL SERVICE INFORMATION (if needed):

### Debtor:
Bessie Louise Pollack
7001 S. La Cienega Blvd., Unit 309
Los Angeles, CA 90045

### AGENT FOR SERVICE OF PROCESS FOR ADAMS FINANCIAL INVESTMENT FUND, LLC
Adams Financial Investment Fund, LLC
Attn: Antonio Santillan, President/CEO
425 N. Alfred Street
Los Angeles, CA 90048

### ATTORNEY FOR ADAMS FINANCIAL INVESTMENT FUND, LLC
DOSS LAW
ATTN: Daniel A. Nassie and Chip White
2020 Main Street, Suite 950
Irvine, CA 92614

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2009

F 9013-1.5

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Legal Description

A CONDOMINIUM COMPOSED OF:

PARCEL 1:

AN UNDIVIDED 1/54TH INTEREST IN AND TO LOT 1 OF TRACT NO. 25277, IN THE CITY OF LOS ANGELES, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 1065, PAGE(S) 78 TO 79 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM UNITS 101 TO 104; 201 TO 219; 301 TO 319 AND PH6 TO PH17 ALL INCLUSIVE, AS SHOWN AND DEFINED ON THE CONDOMINIUM PLAN RECORDED APRIL 15, 1986 AS INSTRUMENT NO. 86-464328, OFFICIAL RECORDS.

RESERVING THEREFROM AN EXCLUSIVE EASEMENT FOR PARKING PURPOSES OVER THOSE PORTIONS SHOWN AND DEFINED AS AREAS 101P TO 104P; 101P-1 TO 104P-1; 201P TO 21P; 201 P-A TO 219 P-1; 301P TO 319P; 301 P-1 TO 319 P-1; PH6P TO PH17P AND PH6P-1 TO PH17P-1, ALL INCLUSIVE ON SAID CONDOMINIUM PLAN.

ALSO RESERVING THEREFROM A NON-EXCLUSIVE EASEMENT TO BE USED IN COMMON WITH OTHERS FOR INGRESS AND EGRESS THROUGH THE COMMON AREA AND SUCH EASEMENT SHALL BE APPURTENANT TO AND SHALL PASS WITH THE TITLE TO EVERY UNIT AS PROVIDED IN THE COVENANTS, CONDITIONS AND RESTRICTIONS RECORDED APRIL 15, 1986 AS INSTRUMENT NO. 86-464329, OFFICIAL RECORDS.

EXCEPT THEREFROM ALL OIL, GAS, OTHER HYDROCARBONS AND OTHER MINERALS IN AND UNDER SAID REAL PROPERTY TOGETHER WITH THE SOLE AND EXCLUSIVE RIGHT AS HEREINAFTER LIMITED TO DRILL REDRILL DEEPEN COMPLETE AND MAINTAIN WELL HOLES UNDER THROUGH AND BEYOND AND TO DRILL FOR, PRODUCE, EXTRACT, TAKE AND REMOVE OIL, GAS AND OTHER MINERALS FROM AND THROUGH SAID REAL PROPERTY TOGETHER WITH RIGHTS OF WAY AND EASEMENTS FOR ALL OF THE ABOVE MENTIONED PURPOSES; BUT WITH NO RIGHT OF ENTRY UPON OR THROUGH SAID REAL PROPERTY EXCEPT BENEATH A DEPTH OF FIVE HUNDRED (500) FEET BELOW THE PRESENT SURFACE OF SAID REAL PROPERTY AS RESERVED BY GENERAL REALTY CO. IN DEED RECORDED JANUARY 29, 1951 AS INSTRUMENT NO. 511 AND AS RESERVED IN DEED RECORDED JULY 24, 1951 AS INSTRUMENT NO. 644.

ORDER NO. 4241073-69

PARCEL 2:

UNIT 309 AS SHOWN AND DEFINED ON A CONDOMINIUM PLAN RECORDED APRIL 15, 1986 AS INSTRUMENT NO. 86-464328, OFFICIAL RECORDS

PARCEL 3:

AN EXCLUSIVE EASEMENT FOR THE BENEFIT OF AND APPURTENANT TO PARCELS 1 AND 2 ABOVE, FOR PARKING PURPOSES OVER THOSE PORTIONS SHOWN AND DEFINED AS AREA 309 P-1 AND 309P ON SAID CONDOMINIUM PLAN.

PARCEL 4:

A NON EXCLUSIVE EASEMENT FOR THE BENEFIT OF AND APPURTENANT TO PARCELS 1 AND 2 ABOVE FOR INGRESS AND EGRESS THROUGH THE COMMON AREA AS PROVIDED IN THE COVENANTS, CONDITIONS AND RESTRICTIONS RECORDED APRIL 15, 1986 AS INSTRUMENT NO. 86-464329, OFFICIAL RECORDS.

96 1033526

THE FOLLOWING TAX CODE(S) AND PARCEL NUMBER(S) IS FOR INFORMATIONAL

# DECLARATION OF BESSIE LOUISE POLLACK

I, Bessie Louise Pollack, hereby declare and state as follows:

1. I have personal knowledge of the facts and testify hereto that if called upon as a witness, I could and would competently testify thereto in a court of law.

2. On July 11, 2008, I filed a Chapter 7 bankruptcy case, bearing case number 2:08-bk-20271-TD. I claimed a $150,000.00 exemption in my home, located at 7001 S. La Cienega Boulevard, Unit 309, Los Angeles, California 90045. A true and correct copy of my Schedule C is attached as "Exhibit 1".

3. I am 66 years old and at the time of filing my bankruptcy case I was 65 years old. Attached hereto and incorporated as Exhibit "2" is a copy of my driver's license.

4. The 341(a) Meeting of Creditors was concluded on September 3, 2008. No creditors objected to the claim exemptions within thirty (30) days after the conclusion of the meeting of Creditors. A true and correct copy of the Docket is attached as Exhibit "3"

5. On or about June 13, 2007, Wells Fargo Bank, N.A. obtained a judgment against me in the amount of $36,427.73.

6. On or about July 13, 2007, Wells Fargo Bank, N.A. recorded in the Los Angeles County Recorder's Office an Abstract of Judgment identified as Document No. 20071669008, thereby creating an involuntary lien against any and all of my real property acquired in Los Angeles County. A true and correct copy of the Abstract of Judgment is attached hereto as Exhibit "4" and incorporated herein by this reference.

7. On or about September 26, 2007, Adams Financial Investment Fund, LLC obtained a judgment against me in the amount of $442,369.29.

8. On or about November 2, 2007, Adams Financial Investment Fund, LLC recorded in the Los Angeles County Recorder's Office an Abstract of Judgment identified as Document No. 2007272477418, thereby creating an involuntary lien against any and all of my real property acquired in Los Angeles County. A true and correct copy of the Abstract of Judgment is attached hereto as Exhibit "5" and incorporated herein by this reference.

9. On or about April 6, 2007, Home Vest Capital, LLC obtained a judgment against me in the amount of $58,990.91.

10. On or about November 13, 2007, Home Vest Capital, LLC recorded in the Los Angeles County Recorder's Office an Abstract of Judgment identified as Document No. 20072533045, thereby creating an involuntary lien against any and all of my real property acquired in Los Angeles County. A true and correct copy of the Abstract of Judgment is attached hereto as Exhibit "6" and incorporated herein by this reference.

11. On or about March 13, 2008, American Express Company, Inc. obtained a judgment against me in the amount of $11,615.60.

12. On or about May 6, 2008, American Express Company, Inc. recorded in the Los Angeles County Recorder's Office an Abstract of Judgment identified as Document No. 20080799762, thereby creating an involuntary lien against any and all of my real property acquired in Los Angeles County. A true and correct copy of the Abstract of Judgment is attached hereto as Exhibit "7" and incorporated herein by this reference.

13. I am the owner of record and at the time of filing my bankruptcy case I resided at the property located at 7001 S. La Cienega Blvd., Unite 309, Los Angeles, California 90045 (the "Property"). A true and correct copy of the Schedule A of my bankruptcy petition is attached hereto as Exhibit "8" and incorporated herein by this reference.

14. The principal balance owing on the note secure by the first deed of trust in favor of Citimortgage at the time of filing was $123,618.24. A true and correct copy of the loan statement date July 8, 2008 by Citimortgage is attached hereto as Exhibit "9" and incorporated herein by this reference.

15. As indicated by an Individual Condominium Unit Appraisal Report dated April 29, 2009, the fair market value of the Property is $172,500.00. A true and correct copy of the Individual Condominium Unit Appraisal Report is attached hereto as Exhibit "10" and incorporated herein by this reference.

16. At the time of filing the fair market value of the Property was $245,000.00. A true and correct copy of the Appraisal prepared by Robert J. Olah is attached hereto and Exhibit "11" and incorporated herein by this reference.

17. The lien impairs my homestead exemption as indicated in Schedule C of my bankruptcy petition.

18. Therefore, I request that this Court remove the liens of Wells Fargo Bank, N.A., Adams Financial Investment Fund, LLC, Home Vest Capital, LLC, and American Express Company, Inc against my property.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on the 4th day of February, 2010 at Los Angeles, California.

_____
Bessie Louise Pollack