# Exhibit "1"

B6C (Official Form 6C) (12/07)

In re **Bessie Louise Pollack**                                    Case No. _____
                                                                    Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ■ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                       $136,875.
□ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Primary residence: | C.C.P. § 704.730 | 150,000.00 | 300,000.00 |
| 7001 S. La Cienga Blvd Unit 309 Los Angeles 90045 | | | |
| Purchased for $55,000 in 1995. | | | |
| Valuation is based on comparative market analysis. No unprotected equity after cost of sale. | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Police Credit Union Checking and Savings | C.C.P. § 704.070 | 500.00 | 500.00 |
| **Household Goods and Furnishings** | | | |
| Miscellaneous household goods, furnishings, electronics, etc. | C.C.P. § 704.020 | 3,000.00 | 3,000.00 |
| **Wearing Apparel** | | | |
| Personal clothing | C.C.P. § 704.020 | 1,000.00 | 1,000.00 |
| **Furs and Jewelry** | | | |
| Miscellaneous jewelry | C.C.P. § 704.040 | 1,000.00 | 1,000.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| IRA | C.C.P. § 704.115(a)(1) & (2), (b) | 165,000.00 | 165,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2000 Honda Accord Fair Condition | C.C.P. § 704.010 | 2,550.00 | 3,000.00 |

EXHIBIT  1

|  | Total: | 323,050.00 | 473,500.00 |

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

# Exhibit "2"



EXHIBIT 2

# Exhibit "3"

REOPENED

# U.S. Bankruptcy Court
## Central District Of California (Los Angeles)
### Bankruptcy Petition #: 2:08-bk-20271-TD

|  |  |
|---|---|
| | *Date filed:* 07/11/2008 |
| *Assigned to:* Thomas B. Donovan | *Date reopened:* 08/14/2009 |
| Chapter 7 | *Debtor discharged:* 12/02/2008 |
| Voluntary | |
| No asset | |

*Debtor disposition:* Standard Discharge

*Debtor*
**Bessie Louise Pollack**
7001 S. La Cienga Blvd Unit 309
Los Angeles, CA 90045
SSN / ITIN: xxx-xx-8565

represented by **Steven A Alpert**
15760 Ventura Blvd Ste1100
Encino, CA 91436
818-995-4540
Email:
cacbefile@pricelawgroup.com

*Trustee*
**Sam S Leslie**
Leslie, Engell & Associates LLP
6310 San Vicente Blvd., Suite 320
Los Angeles, CA 90048
(323) 549-6900

*U.S. Trustee*
**United States Trustee (LA)**
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

| Filing Date | # | Docket Text |
|---|---|---|
| 07/11/2008 | 1 | Chapter 7 Voluntary Petition . Fee Amount $299 Filed by Bessie Louise Pollack (Alpert, Steven) (Entered: 07/11/2008) |
| 07/11/2008 | 2 | Declaration Re: Electronic Filing Filed by Debtor Bessie Louise Pollack. (Alpert, Steven) (Entered: 07/11/2008) |
| 07/11/2008 | 3 | Certificate of Credit Counseling Filed by Debtor Bessie Louise Pollack. (Alpert, Steven) (Entered: 07/11/2008) |
| | | Debtor's Certification of Employment Income Filed by Debtor |

| 07/11/2008 | 4 | Bessie Louise Pollack. (Alpert, Steven) (Entered: 07/11/2008) |
|---|---|---|
| 07/11/2008 | | Receipt of Voluntary Petition (Chapter 7)(2:08-bk-20271) [misc,volp7] ( 299.00) Filing Fee. Receipt number 5349286. Fee amount 299.00. (U.S. Treasury) (Entered: 07/11/2008) |
| 07/11/2008 | 5 | Meeting of Creditors with 341(a) meeting to be held on 08/08/2008 at 11:00 AM at RM 101, 725 S Figueroa St., Los Angeles, CA 90017. Objections for Discharge due by 10/07/2008. (Alpert, Steven) (Entered: 07/11/2008) |
| 07/17/2008 | 6 | Notice of Requirement to Complete Course in Financial Management (BNC) . (Ventura, Olivia) (Entered: 07/17/2008) |
| 07/18/2008 | 7 | Notice of Appearance and Request for Notice by Marc Andrews Filed by Creditor Wells Fargo Bank, National Association. (Andrews, Marc) (Entered: 07/18/2008) |
| 07/19/2008 | 8 | BNC Certificate of Service (RE: related document(s) 5 , Meeting (Chapter 7)) No. of Notices: 15. Service Date 07/19/2008. (Admin.) (Entered: 07/19/2008) |
| 07/19/2008 | 9 | BNC Certificate of Service (RE: related document(s) 6 , Notice of Requirement to Complete Course in Financial Management (BNC)) No. of Notices: 4. Service Date 07/19/2008. (Admin.) (Entered: 07/19/2008) |
| 08/13/2008 | 10 | 341 Meeting of Creditors scheduled on 8/8/2008. Meeting continued to 9/16/2008 at 01:30 PM at RM 101, 725 S Figueroa St., Los Angeles, CA 90017. Notes: Administrative Continuance, Trustee Investigation (Leslie, Sam) (Entered: 08/13/2008) |
| 08/18/2008 | 11 | Amended Schedule F Filed by Debtor Bessie Louise Pollack. (Alpert, Steven) (Entered: 08/18/2008) |
| 08/18/2008 | | Receipt of Schedule F - Creditors Holding Unsecured Nonpriority Claims(2:08-bk-20271-TD) [misc,schf] ( 26.00) Filing Fee. Receipt number 5657876. Fee amount 26.00. (U.S. Treasury) (Entered: 08/18/2008) |
| 08/21/2008 | 12 | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) ; Meeting cont'd 9/16/08 at 1:30 p.m., (trustee investigation) (RE: related document(s) 5 , Meeting (Chapter 7)) (Mendoza, Maria Patricia) (Entered: 08/25/2008) |
| | | Meeting of Creditors Held and Concluded on 9/16/2008. Trustee's Report of No Assets: Trustee of this estate reports and declares |

EXHIBIT    3

| | | |
|---|---|---|
| 09/03/2008 | 13 | under penalty of perjury that the section 341a Meeting of Creditors has been held and certifies that the trustee has performed the duties required of a trustee under 11 U.S.C. 704 and has concluded that there are no assets to administer for the benefit of creditors of this estate. The trustee received no funds or property of the estate and paid no monies on account of the estate. Wherefore, the trustee prays that this report be approved and the trustee be discharged from office. Notes: (Leslie, Sam) (Entered: 09/03/2008) |
| 09/19/2008 | 14 | Statement of Financial Affairs , Amended Schedule F Filed by Debtor Bessie Louise Pollack. (Alpert, Steven) (Entered: 09/19/2008) |
| 09/19/2008 | | Receipt of Schedule F - Creditors Holding Unsecured Nonpriority Claims(2:08-bk-20271-TD) [misc,schf] ( 26.00) Filing Fee. Receipt number 5927717. Fee amount 26.00. (U.S. Treasury) (Entered: 09/19/2008) |
| 10/01/2008 | 15 | Financial Management Course Certificate Filed Filed by Debtor Bessie Louise Pollack. (Alpert, Steven) (Entered: 10/01/2008) |
| 11/28/2008 | 16 | Request for Courtesy Notice of Electronic Filing (NEF) Filed by Ramesh Singh on behalf of GE Money Bank. (Singh, Ramesh) CORRECTION: Party selected/added incorrectly to case. Modified on 12/24/2008 (Young, Adeidra). (Entered: 11/28/2008) |
| 12/02/2008 | 17 | DISCHARGE OF DEBTOR (BNC) (RE: related document(s) 5 , Meeting (Chapter 7)) (Mendoza, Maria Patricia) (Entered: 12/02/2008) |
| 12/04/2008 | 18 | BNC Certificate of Service (RE: related document(s) 17 , DISCHARGE OF DEBTOR - Chapter 7 (BNC)) No. of Notices: 24. Service Date 12/04/2008. (Admin.) (Entered: 12/04/2008) |
| 12/30/2008 | 19 | Bankruptcy Case Closed - DISCHARGE (RE: related document (s) 17 , DISCHARGE OF DEBTOR - Chapter 7 (BNC)) (Mendoza, Maria Patricia) (Entered: 12/30/2008) |
| 06/26/2009 | 20 | Motion to Reopen Chapter 7 Case ; *Memorandum of Points and Authorities; Declaration of Steven A. Alpert in Support Thereon.* Fee Amount $260 Filed by Debtor Bessie Louise Pollack (Attachments: # 1 Certificate of Service) (Alpert, Steven) (Entered: 06/26/2009) |
| | | Receipt of Motion to Reopen Case(2:08-bk-20271-TD) [motion,mreop] ( 260.00) Filing Fee. Receipt number 9752547. |

EXHIBIT    3

| 06/26/2009 | | Fee amount 260.00. (U.S. Treasury) (Entered: 06/26/2009) |
|---|---|---|
| 06/26/2009 | 21 | Notice of Hearing Filed by Debtor Bessie Louise Pollack (RE: related document(s) 20 Motion to Reopen Chapter 7 Case ; *Memorandum of Points and Authorities; Declaration of Steven A. Alpert in Support Thereon.* Fee Amount $260 Filed by Debtor Bessie Louise Pollack). (Attachments: # 1 Certrificate of Service) (Alpert, Steven) (Entered: 06/26/2009) |
| 06/26/2009 | | Hearing Set (RE: related document(s) 20 Motion to Reopen Case filed by Debtor Bessie Louise Pollack) The Hearing date is set for 7/30/2009 at 11:00 AM at Crtrm 303, 3420 Twelfth St., Riverside, CA 92501. The case judge is Thomas B. Donovan (Pennington, Pat) (Entered: 06/29/2009) |
| 08/14/2009 | 22 | Order Granting Motion To Reopen Case in order to file motion to avoid liens (Related Doc # 20 ) Signed on 8/14/2009. (Pennington, Pat) (Entered: 08/14/2009) |
| 08/31/2009 | 23 | Motion to Avoid Lien property with wells fargo bank, N.A. *with proof of service* Filed by Debtor Bessie Louise Pollack (Alpert, Steven) (Entered: 08/31/2009) |
| 08/31/2009 | 24 | Motion to Avoid Lien property with Adams Financial Investment Fund, LLC *with proof of service* Filed by Debtor Bessie Louise Pollack (Alpert, Steven) (Entered: 08/31/2009) |
| 08/31/2009 | 25 | Motion to Avoid Lien property with Home Vest Capital, LLC *with proof of service* Filed by Debtor Bessie Louise Pollack (Alpert, Steven) (Entered: 08/31/2009) |
| 08/31/2009 | 26 | Motion to Avoid Lien property with American Express Company, Inc. *with proof of service* Filed by Debtor Bessie Louise Pollack (Alpert, Steven) (Entered: 08/31/2009) |
| 09/14/2009 | 27 | Opposition to (related document(s): 23 Motion to Avoid Lien property with wells fargo bank, N.A. *with proof of service* filed by Debtor Bessie Louise Pollack) *Notice of Opposition and Request for Hearing Re: Debtors Motion to Avoid Lien under 11 U.S.C. § 522(f) (Real Property) of Wells Fargo Bank, N.A. and Declaration of Travis C. Ashman in Support Thereof* Filed by Creditor Wells Fargo Bank, National Association (Attachments: # 1 Zillow.com report) (Khatchadourian, Raffi) (Entered: 09/14/2009) |
| | | Objection (related document(s): 23 Motion to Avoid Lien property with wells fargo bank, N.A. *with proof of service* filed |

EXHIBIT 3

| | | |
|---|---|---|
| 09/14/2009 | 28 | by Debtor Bessie Louise Pollack) *Evidentiary Objections to Declaration of Bessie L. Pollack in Support of Debtors Motion to Avoid Lien under 11 U.S.C. § 522(f) (Real Property) of Wells Fargo Bank, N.A.* Filed by Creditor Wells Fargo Bank, National Association (Khatchadourian, Raffi) (Entered: 09/14/2009) |
| 10/07/2009 | 29 | Declaration re: *entry of order without hearing pursuant to local bankruptcy rule 9013-1(o) with proof of service* Filed by Debtor Bessie Louise Pollack (RE: related document(s) 24 Motion to Avoid Lien property with Adams Financial Investment Fund, LLC *with proof of service*). (Alpert, Steven) (Entered: 10/07/2009) |
| 10/07/2009 | 30 | Declaration re: *entry of order without hearing pursuant to local bankruptcy rule 9013-1(o) with proof of service* Filed by Debtor Bessie Louise Pollack (RE: related document(s) 26 Motion to Avoid Lien property with American Express Company, Inc. *with proof of service*). (Alpert, Steven) (Entered: 10/07/2009) |
| 10/07/2009 | 31 | Declaration re: *entry of order without hearing pursuant to local bankruptcy rule 9013-1(o) with proof of service* Filed by Debtor Bessie Louise Pollack (RE: related document(s) 25 Motion to Avoid Lien property with Home Vest Capital, LLC *with proof of service*). (Alpert, Steven) (Entered: 10/07/2009) |
| 10/16/2009 | 32 | Notice of Hearing *with proof of service* Filed by Debtor Bessie Louise Pollack (RE: related document(s) 23 Motion to Avoid Lien property with wells fargo bank, N.A. *with proof of service* Filed by Debtor Bessie Louise Pollack). (Alpert, Steven) (Entered: 10/16/2009) |
| 11/13/2009 | 33 | Reply to (related document(s): 23 Motion to Avoid Lien property with wells fargo bank, N.A. *with proof of service* filed by Debtor Bessie Louise Pollack) Filed by Debtor Bessie Louise Pollack (Alpert, Steven) (Entered: 11/13/2009) |
| 11/23/2009 | 34 | Order Denying Motion To Avoid Lien (Please refer to order for details) (Related Doc # 23 ) Signed on 11/23/2009 (Toliver, Wanda) (Entered: 11/23/2009) |
| 11/25/2009 | 35 | BNC Certificate of Service - PDF Document. (RE: related document(s) 34 Order on Motion to Avoid Lien) No. of Notices: 6. Service Date 11/25/2009. (Admin.) (Entered: 11/25/2009) |
| 12/17/2009 | 36 | Motion to Avoid Lien property with Wells Fargo Bank N.A. *with proof of service* Filed by Debtor Bessie Louise Pollack (Alpert, Steven) (Entered: 12/17/2009) |

EXHIBIT

| | | |
|---|---|---|
| 12/30/2009 | <u>37</u> | Voluntary Dismissal of Motion Filed by Debtor Bessie Louise Pollack (RE: related document(s) <u>36</u> Motion to Avoid Lien property with Wells Fargo Bank N.A. *with proof of service*). (Attachments: # <u>1</u> Certificate of Service) (Alpert, Steven) (Entered: 12/30/2009) |
| 01/28/2010 | <u>38</u> | Order Denying Motion to Avoid Lien by Debtor: Signed on 1/28/2010 (Please refer to order for further details). (RE: related document(s) <u>25</u> Motion to Avoid Lien filed by Debtor Bessie Louise Pollack, <u>31</u> Declaration filed by Debtor Bessie Louise Pollack). (Attachments: # 1 2 of 2) (Hernandez, Kevin) Additional attachment(s) added on 2/1/2010 (Hernandez, Kevin). (Entered: 02/01/2010) |
| 01/28/2010 | <u>39</u> | Order Denying Motion to Avoid Lien by Debtor; Signed on 1/28/2010 (Please refer to order for further details). (RE: related document(s) <u>26</u> Motion to Avoid Lien filed by Debtor Bessie Louise Pollack, <u>30</u> Declaration filed by Debtor Bessie Louise Pollack). (Attachments: # <u>1</u> 2 of 2) (Hernandez, Kevin) (Entered: 02/01/2010) |
| 01/28/2010 | <u>40</u> | Order Denying Motion to Avoid Lien by Debtor; Signed on 1/28/2010 (Please refer to order for further details). (RE: related document(s) <u>24</u> Motion to Avoid Lien filed by Debtor Bessie Louise Pollack, <u>29</u> Declaration filed by Debtor Bessie Louise Pollack). (Attachments: # <u>1</u> 2 of 2) (Hernandez, Kevin) (Entered: 02/01/2010) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 02/10/2010 12:11:37 | | |
| PACER Login: | pa0081 | Client Code: |
| Description: | Docket Report | Search Criteria: 2:08-bk-20271-TD Fil or Ent: filed From: 11/12/2001 To: 2/10/2010 Doc From: 0 Doc To: 99999999 Term: included Format: html |
| Billable Pages: | 3 | Cost: 0.24 |



# Exhibit "4"

This page is part of your document - DO NOT DISCARD



**20071669008**    Pages: 004

Recorded/Filed In Official Records
Recorder's Office, Los Angeles County,
California

07/13/07 AT 12:45PM

Fee: 24.00
Tax: 0.50
Other: 0.50
Total: 24.00

294809    200707130170056    Mail

**TITLE(S) :**

L E A D    S H E E T

Assessor's Identification Number (AIN)
To be completed by Examiner OR Title Company in black ink.    Number of AIN's Shown

THIS FORM IS NOT TO BE DUPLICATED

EXHIBIT 4

RECORDING REQUESTED BY

07/13/07

20071669008

WHEN RECORDED MAIL TO

NAME

MAILING
ADDRESS
Office of the General Counsel
Wells Fargo & Company
21680 Gateway Center Drive, Suite 280
Diamond Bar, CA

CITY, STATE
ZIP CODE
91765-2435    183877360/BOO/ph

SPACE ABOVE THIS LINE RESERVED FOR RECORDERS USE

# T I T L E(S)

## ABSTRACT OF JUDGMENT



EXHIBIT    4

EJ-001

ATTORNEY OR PARTY WITHOUT ATTORNEY (name, address, State Bar number, and telephone number):

Recording requested by and return to:
Marc Andrews, SBN 75704
Office of the General Counsel
Wells Fargo & Company
21680 Gateway Center Drive, Suite 280
Diamond Bar, CA 91765-2435    163977380/BDDph
626.965.9465

[X] ATTORNEY FOR    [X] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS: same
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

FOR RECORDER'S USE ONLY

PLAINTIFF: Wells Fargo Bank, N.A., a national banking association

DEFENDANT: Bessie Pollack, etc., et al.

CASE NUMBER: BC367321

## ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS    [ ] Amended

FOR COURT USE ONLY

1. The [X] judgment creditor [ ] assignee of record
applies for an abstract of judgment and represents the following:
a. Judgment debtor's
Name and last known address

[ ] Bessie Pollack aka Bessie L. Pollack, aka
Bessie Louise Pollack
3807 Buckingham Road
Los Angeles, CA 90008-1806

b. Driver's license No. and state:    [X] Unknown
c. Social security No.: 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    [ ] Unknown
d. Summons or notice of entry of sister-state judgment was personally served or
mailed to (name and address): Bessie Pollack aka Bessie L. Pollack, aka
Bessie Louise Pollack
3807 Buckingham Road, Los Angeles, CA 90008-1806

2. [ ] Information on additional judgment
debtors is shown on page 2.

3. Judgment creditor (name and address):
WELLS FARGO BANK, N.A., a national banking association
P.O. Box 6148, El Monte, CA 91734

4. [ ] Information on additional judgment
creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
a. Date:
b. Instrument No.:

Date: June 18, 2007

Marc Andrews
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
$ 36,427.73

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on (date): June 13, 2007
b. Renewal entered on (date):

9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien
is endorsed on the judgment as follows:
a. Amount: $
b. In favor of (name and address):

11. A stay of enforcement has
a. [X] not been ordered by the court.
b. [ ] been ordered by the court effective until
(date):

12. a. [X] I certify that this is a true and correct abstract of
the judgment entered in this action.
b. [ ] A certified copy of the judgment is attached.

Clerk, by _____, Deputy
K.W. Kam

[SEAL]

JOHN A. CLARKE, CLERK

This abstract issued on (date):

JUN 2 1 2007

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2006]

## ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS

Legal Solutions Plus

Code of Civil Procedure, §§ 488.480, 674, 700.190

Page 1 of 2

| PLAINTIFF: Wells Fargo Bank, N.A., a national banking association | CASE NUMBER: |
|---|---|
| DEFENDANT: Bessie Pollack, etc., et al. | BC367321 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor (name and address):

14. Judgment creditor (name and address):

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.　　　　Name and last known address

17.　　　　Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

18.　　　　Name and last known address

19.　　　　Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

20.　　　　Name and last known address

21.　　　　Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

22. ☐ Continued on Attachment 22.

EJ-001 [Rev. January 1, 2008]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 2 of 2

EXHIBIT 4

# Exhibit "5"

**This page is part of your document - DO NOT DISCARD**




**20072477418**  Pages: 043

Recorded/Filed in Official Records
1344848    2907110200029047  Counter

**TITLE(S) :**



L E A D     S H E E T

**Assessor's Identification Number (AIN)**
To be completed by Examiner OR Title Company in black ink    Number of AINs Shown

**THIS FORM IS NOT TO BE DUPLICATED**

RECORDING REQUESTED BY

WHEN RECORDED MAIL TO

NAME *Doss Law*

MAILING *2020 Main St #950*

CITY, STATE *Irvine, Ca. 92614*
ZIP CODE



11/02/07

20072477418

2

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

### TITLE(S)

*Abstract of Judgment*

EXHIBIT    5

EJ-001

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, State Bar number, and telephone number):

Recording requested by and return to: **Daniel A. Nassie**
Daniel A. Nassie, SBN 148947
Chip White, SBN 231623
DOSS LAW
2020 Main Street, Suite 950
Irvine, CA 92614
(949) 757-8200

[X] ATTORNEY FOR    [X] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central District

FOR RECORDER'S USE ONLY

PLAINTIFF: Adams Financial Investment Fund, LLC

DEFENDANT: Bessie Pollack

CASE NUMBER:
BC362760

## ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS    [ ] Amended

FOR COURT USE ONLY

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ┌─────────────────────────┐
      │ Bessie Pollack          │
      │ 3807 Buckingham Road    │
      │ Los Angeles, CA 90008   │
      └─────────────────────────┘

   b. Driver's license No. and state: R0820168 - CA    [ ] Unknown
   c. Social security No.: 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    [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address): Bessie Pollack
      3807 Buckingham Road
      Los Angeles, CA 90008

2. [ ] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor (name and address):
   Adams Financial Investment Fund, LLC
   425 North Alfred Street, Los Angeles, CA 90048

Date: October 25, 2007
Daniel A. Nassie for Doss Law
(TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 442,365.29

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on (date): 09/26/2007
   b. Renewal entered on (date):

9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount $ 0.00
    b. In favor of (name and address):

[SEAL]    JOHN A. CLARKE, CLERK

This abstract issued on (date):
OCT 3 1 2007

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.
    Clerk, by _____, Deputy
    K.W. Kam

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS

Legal Solutions Plus

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

EXHIBIT 5

# Exhibit "6"

**This page is part of your document - DO NOT DISCARD**



20072533045    Pages: 003

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

11/13/07 AT 09:54AM

| | |
|---|---|
| Fee: | 21.00 |
| Tax: | 0.00 |
| Other: | 0.00 |
| Total: | 21.00 |

1365521    200711130020042    Mail

**TITLE(S) :** _____

L E A D    S H E E T

Assessor's Identification Number (AIN)
To be completed by Examiner OR Title Company in black ink.          Number of AIN's Shown

**THIS FORM IS NOT TO BE DUPLICATED**

EXHIBIT      6

PLEASE COMPLETE THIS INFORMATION

RECORDING REQUESTED BY:
PAUL N. ANDONIAN (234070)
HEMAR, ROUSSO & HEALD, LLP
15910 Ventura Blvd., #1201
Encino, CA  91436-2829

AND WHEN RECORDED MAIL TO:
PAUL N  ANDONIAN (234070)
HEMAR, ROUSSO & HEALD, LLP
15910 Ventura Blvd., #1201
Encino, CA  91436-2829
(818) 501-3800

11/13/07

20072533045

THIS SPACE FOR RECORDER'S USE ONLY

## ABSTRACT OF JUDGMENT

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION

EXHIBIT   6



EJ-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, address, State Bar Number, and telephone number)

PAUL N. ANDONIAN
PAUL N. ANDONIAN/STATE BAR NO: 234070
HEMAR, ROUSSO & HEALD, LLP,
15910 VENTURA BLVD., 12TH FLOOR
ENCINO, CALIFORNIA 91436
818-501-3800

X ATTORNEY   X JUDGMENT   ASSIGNEE OF
FOR        CREDITOR    RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **LOS ANGELES**
STREET ADDRESS: 300 East Walnut
MAILING ADDRESS:
CITY AND ZIP CODE: Pasadena, California 91101
BRANCH NAME: Northeast Judicial District

FOR RECORDER'S USE ONLY

PLAINTIFF HOME VEST CAPITAL, LLC., a limited
liability company
DEFENDANT BESSIE L. POLLACK aka BEELIE POLLACK, an
individual

CASE NUMBER: GC038248

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**   Amended

FOR COURT USE ONLY

1 The  x  judgment creditor       assignee of record
applies for an abstract of judgment and represents the following
a Judgment debtor's
                   Name and last known address
x BESSIE L. POLLACK aka BEELIE POLLACK,
an individual
7001 S. La Cienega Blvd., #309
Los Angeles, California 90045

b Driver's license No and state                    X Unknown
c Social security No 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                    X Unknown
d Summons or notice of entry of sister-state judgment was personally served or
mailed to (name and address) BESSIE L. POLLACK aka BEELIE POLLACK,
7001 S. La Cienega Blvd., #209, Los Angeles, California 90045

2  Information on additional judgment         4  Information on additional judgment
   debtors is shown on page 2                    creditors is shown on page 2
3 Judgment creditor (name and address)        5  Original abstract recorded in this county
  HOME VEST CAPITAL, LLC  15910 Ventura          a  Date
  Blvd., 12th Floor, Encino, California 91436    b  Instrument No

Date October 18, 2007

PAUL N. ANDONIAN
(TYPE OR PRINT NAME)                           (SIGNATURE OF APPLICANT OR ATTORNEY)

6 Total amount of judgment as entered or last renewed
$ 58,990.91

7 All judgment creditors and debtors are listed on this abstract

8 a  Judgment entered on (date) 04/06/2007
  b  Renewal entered on (date)

9  This judgment is an installment judgment

10     An    execution lien    attachment lien
       is endorsed on the judgment as follows
       a  Amount $ 0.00
       b  In favor of (name and address)

11 A stay of enforcement has
   a  X  not been ordered by the Court
   b     been ordered by the court effective until
          (date)

12 a  X  I certify that this is a true and correct abstract of
         the judgment entered in this action
   b     A certified copy of the judgment is attached

Clerk, by _____, Deputy

This abstract issued on (date)
OCT 2 4 2007
JOHN A. CLARKE

Form Approved for Optional Use
Judicial Council of California
EJ-001 [Rev January 1, 2006]
**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Legal
Solutions
Plus

Page 1 of 1
Code of Civil Procedure, §§ 488.480
674.700.192

EXHIBIT   6

# Exhibit "7"

▲                This page is part of your document - DO NOT DISCARD                ▲

**20080799762** Pages: 003

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

05/06/08 AT 08:51AM

1917353    2008050600500 26    Mail

**TITLE(S) :**

▲                    L E A D   S H E E T                    ▲

Assessor's Identification Number (AIN)
To be completed by Examiner OR Title Company in black ink.          Number of AIN's Shown

▲                    THIS FORM IS NOT TO BE DUPLICATED                    ▲

EXHIBIT    7

2

RECORDING REQUEST BY
BLEIER & COX LLP

WHEN RECORDED MAIL TO

NAME        ELIZABETH A. BLEIER, Esq.
            RICHARD E. GOLDEN, Esq.
MAILING     BLEIER & COX
ADDRESS     16130 Ventura Boulevard
            Suite 600
CITY, STATE Encino, CA 91436
ZIP CODE

05/08/06

20060799762

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

## TITLE(S)

## ABSTRACT OF JUDGMENT

7

3

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, State Bar number, and telephone number):
Recording requested by and return to:
ELIZABETH A. BLEIER, ESQ.  Bar No. 81470
RICHARD E. GOLDEN, ESQ.  Bar No. 102079
16130 Ventura Blvd., Suite 620
Encino, CA 91436
Telephone: 818-784-3166                    File #07-04369-0/3853-00

☒ ATTORNEY     ☒ JUDGMENT          ☐ ASSIGNEE OF
     FOR           CREDITOR               RECORD

FOR RECORDER'S USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
    STREET ADDRESS  1725 Main Street
  MAILING ADDRESS  1725 Main Street
  CITY AND ZIP CODE  Santa Monica   90401
    BRANCH NAME  SANTA MONICA JUDICIAL DISTRICT

PLAINTIFF: AMERICAN EXPRESS COMPANY, INC.                    CASE NUMBER: 07C00864

DEFENDANT: BESSIE POLLACK

ABSTRACT OF JUDGMENT – CIVIL     ☐ Amended
AND SMALL CLAIMS                                    FOR COURT USE ONLY

1. The ☒ judgment creditor  ☐ assignee of record
   applies for an abstract of judgment and represents the following:
   a.   Judgment debtor's
                    Name and last known address
   Bessie Pollack
   3907 Buckingham Rd
   Los Angeles, California 90008-1906

RECEIVED
APR 03 2008
SUPERIOR COURT
WEST DISTRICT

   b.  Driver's license No. and state:              ☒ Unknown
   c.  Social Security No.:  XXX-XX-8361          ☐ Unknown
   d.  Summons or notice of entry of sister-state judgment was personally served or
       mailed to (name and address): Bessie Pollack
       3907 Buckingham Rd
       Los Angeles, California 90008-1906

2. ☐ Information on additional judgment
   debtors is shown on page 2.

3. Judgment creditor          (name and address):
   AMERICAN EXPRESS COMPANY, INC.

   c/o Bleier & Cox
   16130 Ventura Blvd., Suite 620
   Encino, CA 91436

Date: March 31, 2008

4. ☐ Information on additional judgment
   creditors is shown on page 1.
5. ☐ Original abstract recorded in this county:
   a.  Date:
   b.  Instrument No.:

ELIZABETH BLEIER/RICHARD E. GOLDEN
              (TYPE OR PRINT NAME)                    (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $11,415.00
7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on: 1/13/08
   b.  Renewal entered on (date):
9. ☐ This judgment is an installment judgment.

[SEAL]

This abstract issued on (date):
APR 01 2008

10. ☐ An  ☐ execution lien  ☐ attachment lien
    is endorsed on the judgment as follows:
    a.  Amount:  $
    b.  in favor of (name and address):

11.  A stay of enforcement has
    a. ☒ not been ordered by the court.
    b. ☐ been ordered by the court effective until
         (date):
12. a. ☒ I certify that this is a true and correct abstract of
         the judgment entered in this action.
    b. ☐ A certified copy of the judgment is attached.

Clerk, by                                        , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

ABSTRACT OF JUDGMENT – CIVIL
AND SMALL CLAIMS

Page 1 of 2

Code of Civil Procedure, §§ 488.480,
674, 700.190

EXHIBIT     7

# Exhibit "8"

B6A (Official Form 6A) (12/07)

In re    **Bessie Louise Pollack**                                    Case No. _____
                          _____
                                Debtor

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Primary residence:<br><br>7001 S. La Cienga Blvd Unit 309<br>Los Angeles 90045<br><br>Purchased for $55,000 in 1995.<br><br>Valuation is based on comparative market analysis.<br>No unprotected equity after cost of sale. | Fee simple | - | 300,000.00 | 125,000.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 300,000.00 | (Total of this page) |
| Total > | 300,000.00 | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

# Exhibit "9"

# Account Information

Statement Date: 07/08/08
Property Address: 7001 SOUTH LA CIENEGA BLVD 309
                  LOS ANGELES CA 90045

ACCOUNT NUMBER: 2002037631-3

| | |
|---|---|
| Type of Mortgage | 3/1 LIBOR INT ONLY |
| Principal Balance | $129,618.24 |
| Interest Rate | 6.62500% |
| Escrow Balance | $463.32 |
| Interest Year to Date | $4,799.59 |
| Taxes Paid Year to Date | $437.33 |

## Account Activity

| | PAYMENTS RECEIVED | CURRENT PAYMENT DUE |
|---|---|---|
| Date | 07/08/08 | 08/01/08 |
| Principal | $145.50 | $146.30 |
| Interest | $383.28 | $682.48 |
| Escrow | $73.15 | $73.15 |
| Total Amount | $801.93 | $901.93 |

Send supplemental tax bills to CMI for payment. All supplemental tax bills and
special property assessments that you receive must be forwarded to our Tax
Department at least 15 days prior to the tax installment due date in order for these
payments to be made on time. Failure to forward your bill can result in additional
penalties and interest charges to your escrow/impound account. Please write your
account number on these tax bills and mail them (Certified or Registered) to our
Tax Department at the address on the back of this billing statement. Thank you.



# citimortgage

### MORTGAGE ACCOUNT STATEMENT

Page 1 of 2

Take command of your mortgage - Visit Today!
**www.citimortgage.com**

Customer service **1-866-427-8473**
*Calls are randomly monitored and recorded to ensure quality service.

Would you like an easier way to make your mortgage payment?
Sign up for E-Z Pay today.

5IS0071D-264241902008AF01-07/08/08-457-002263-1

**BESSIE L POLLACK**
**3807 BUCKINGHAM RD**
**LOS ANGELES CA 90008-1806**

## Monthly Highlights

Your Adjustable Rate Mortgage is about to reset. Before you make a switch, talk to someone
who knows you and mortgages. We live and breathe mortgages all day, every day. And as a
valued customer you can take advantage of benefits such as a **0.125% discount** on our best
customer interest rate, a simplified process and personalized, expert assistance. Call us
at **1-800-816-7094** and mention offer code 60210.

Apply for the Platinum Selected MasterCard with
No Annual Fee today. Visit www.cardoffer.citicards.com
And enter offer code 871 by August 31, 2008.

Let us do the work for you! The BiWeekly Advantage℠ Plan is the convenient way to build
equity, save interest and pay off your loan sooner. Enroll today at
**www.citimortgage.com/biweeklyadvantage**

CMI-SSREG-0708

# Exhibit "10"

Goldis & Associates Appraisals

File No. 7001LaCienega7001

## APPRAISAL OF



### LOCATED AT:

7001 South La Cienega Boulevard
Los Angeles, CA 90045

### FOR:

First Capital
1401 Ocean Avenue #210
Santa Monica, CA 90401

### BORROWER:

Geco

### AS OF:

April 28, 2009

### BY:

Radu S. Goldis

PROFESSIONAL REAL ESTATE APPRAISAL SERVICES

10

8665265521                           Page 3 of 23                    Tue May 26 2009 20:12:39 EDT

First Capital / Allen McLain

## Individual Condominium Unit Appraisal Report    File No. 7001LaCienega300

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| Property Address 7001 South La Cienega Boulevard | Unit # 300 | City Los Angeles | State CA | Zip Code 90015 |

Borrower Coen                          Owner of Public Record Susan Pollack                          County Los Angeles

Legal Description TR-20277 LOT 1 CONDOMINIUM "UNIT 300"

Assessor's Parcel # 4102-013-051                          Tax Year 2008                          R.E. Taxes $ 874.67

Project Name Westchester House                          Phase #                          Map Reference 735VA7                          Census Tract 2761.00

Occupant ☐ Owner ☐ Tenant ☒ Vacant          Special Assessments $ .0.          HOA $ 340.00 ☐ per year ☒ per month

Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)

Assignment Type ☒ Purchase Transaction ☐ Refinance Transaction ☐ Other (describe)

Lender/Client First Capital          Address 1601 Ocean Avenue #310, Santa Monica, CA 90401

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?  ☒ Yes ☐ No

Report data source(s) used, offering price(s), and date(s).  Subject was listed for sale through CLAW & MLS on 08/04/08 for $188,980 and after 18 DOM the listing expired. Per MLS transactions, subject was listed through MR MLS on 03/04/08 for 199,900 and after 48 DOM is pending sale at $172,500.

☒ I did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

The 21 days of purchase agreement including 3 counter offers, addendums and disclosures appears to be market driven with no positive or negative for any other than those typical in the market place.

Contract Price $ 172,500          Date of Contract 04/16/2001          Is the property seller the owner of public record?  ☒ Yes ☐ No          Data Source(s) NDC data/Title Co

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?  ☒ Yes ☐ No

If Yes, report the total dollar amount and describe the items to be paid.  $ 8,175 .          Seller will credit buyer at COE with 3% of purchase price ($5,170)

I have done or do not identify anything illegal for or subject optional or value.

| Location | | Urban | ☒ Suburban | Rural | | Present Land Use % | | One-Unit | | Housing | | PRICE | AGE | One-Unit | 80 % |
| Built-Up | ☒ Over 75% | 25-75% | Under 25% | | Demand/Supply | | Shortage | ☒ In Balance | Over Supply | | $(000) | (yrs) | 2-4 Unit | 5 % |
| Growth | | Rapid | ☒ Stable | Slow | | Marketing Time | | Under 3 mths | ☒ 3-6 mths | Over 6 mths | | 138 Low | 13 | Multi-Family | 2 % |
| | | | | | | | | | | 550 High | 30 | Commercial | 2 % |
| | | | | | | | | | | 200 Pred | 25 | Other | % |

Neighborhood Boundaries  North: LA Cienega Avenue; South: West; East;

Neighborhood Description  Subject is located in an area of Los Angeles, generally known as "Westchester". The immediate neighborhood is comprised of SFR's and five condo projects located on standard sized residential lots, with multi-family and commercial uses clustered along arterial streets. The neighborhood has good access to schools, shopping, recreational and employment facilities.

Market Conditions (including support for the above conclusions)  The market has slowed down during the past 12 months, although a typical median sized house or condominium unit continues to sell within 3 to 6 months. Real estate agents interviewed during the appraisal current source of business indicate a declining market in the area with evidence of price stabilization and with financing readily available. - See Attached Addendum

| Topography  Level | | | Size  Average | | Density  Typical for area of type. | | View  Courtyard |
| Specific Zoning Classification LARD-3 | | | Zoning Description Medium Density Residential (Condominium) | |
| Zoning Compliance ☒ Legal | Legal Nonconforming - Do the zoning regulations permit rebuilding to current density?  ☒ Yes ☐ No | |
| ☐ No Zoning | Illegal (describe) | |

Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use?  ☒ Yes ☐ No    If No, describe.

| Utilities | Public | Other (describe) | | Public | Other (describe) | | Off-site Improvements—Type | Public | Private |
| Electricity | ☒ | | Water | ☒ | | Street Asphalt | ☒ | |
| Gas | ☒ | | Sanitary Sewer | ☒ | | Alley  Typical | ☒ | |
| FEMA Special Flood Hazard Area ☐ Yes ☒ No | FEMA Flood Zone X | FEMA Map # 060137 / 1780 F | FEMA Map Date 09/26/2008 |

Are the utilities and off-site improvements typical for the market area?  ☒ Yes ☐ No    If No, describe.

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?  ☐ Yes ☒ No    If Yes, describe.

Data source(s) for project information  Westchester House HOA @ 310-642-0877

| Project Description | ☐ Detached | ☒ Row or Townhouse | ☐ Garden | ☐ Mid-rise | ☐ High-rise | Other (describe) |

| # of Stories 5 | | General Description | # of Units | 51 | # of Phases | 1 | # of Planned Phases | N/A |
| # of Elevators 1 | | # of Stories Five | # of Units Completed | 51 | # of Units 1 | 84 | # of Planned Units | N/A |
| ☒ Existing | Proposed | Under Construction | # of Units for Sale | 1 | # of Units for Sale | 5 | # of Units for Sale | N/A |
| Year Built 1965 | | Type Subterranean | # of Units Sold | 51 | # of Units Sold | 54 | # of Units Sold | N/A |
| Effective Age 18 | | Guest Parking Street | # of Owner Occupied Units | 17 | # of Units Rented | 17 | # of Units Rented | N/A |
| Project Primary Occupancy  ☒ Principal Residence | Second Home or Recreational | Tenant | # of Owner Occupied Units | 17 | # of Owner Occupied Units | 17 | | |

Is the developer/builder in control of the Homeowners' Association (HOA)?  ☐ Yes ☒ No

Management Group  ☐ Homeowners' Association  ☐ Developer  ☒ Management Agent - Provide name of management company.  Westchester House HOA @ 310-642-0877

Does any single entity (the same individual, investor group, corporation, etc.) own more than 10% of the total units in the project?  ☐ Yes ☒ No    If Yes, state No.

Was the project created by the conversion of an existing building(s) into a condominium?  ☐ Yes ☒ No    If Yes, describe the original use and the date of conversion.

Are the units, common elements, and recreation facilities complete (including any planned rehabilitation for a condominium conversion)?  ☒ Yes ☐ No    If No, describe.

Is there any commercial space in the project?  ☐ Yes ☒ No    If Yes, describe and indicate the overall percentage of the commercial space.

70

First Capital / Alice McLain

## Individual Condominium Unit Appraisal Report

Describe the condition of the project and quality of construction.  The project is of good quality and condition.

Describe the common elements and recreational facilities.  Common elements include controlled access, pool, spa, clubhouse & greenbelts.  All common areas are in good condition and professionally maintained.

Are any common elements leased to or by the Homeowners' Association?  [ ] Yes  [X] No    If Yes, describe the rental terms and options.

Is the project subject to a ground rent?  [ ] Yes  [X] No    If Yes, $_____ per year (describe terms and conditions)

Are the parking facilities adequate for the project size and type?  [X] Yes  [ ] No    If No, describe and comment on the effect on value and marketability.

[ ] Did [X] Did not analyze the condominium project budget for the current year. Explain the results of the analysis of the budget (adequacy of fees, reserves, etc.), or why the analysis was not performed.  No unusual characteristics in the Condominium documents noted /per agent, CC&Rs and budget were not available for review, but based on project maintenance and comparisons in comparison projects, each appears to be adequate.

Are there any other than (other than regular HOA charges) for the use of the project facilities?  [ ] Yes  [X] No    If Yes, report the monthly facility charges and show below.  N/A

As compared to other comparable projects of similar quality and design, the subject unit charge appears  [ ] High  [X] Average  [ ] Low    If High or Low, describe

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?  [ ] Yes  [X] No    If Yes, describe and list any the effect on value and marketability.

| Unit Charge $ | 210.00 per month X 12 = 1 | 2,520 per year | Annual assessment charge per year per square foot of area below gray = $ | 4.01 |

Utilities included in the unit month's assessment  [X] None  [ ] Heat  [ ] Air Conditioning  [ ] Electricity  [ ] Gas  [ ] Water  [ ] Sewer  [ ] Cable  [ ] Other (describe)

| | | | | |
|---|---|---|---|---|
| Floor # 3 | Floors Wood/Carpet/Avg | [X] Fireplace(s) # 1 | [X] Refrigerator | None |
| # of Levels 1 | Walls DryWall/Avg | [ ] Woodstove(s) # | [X] Range/Oven | Garage [X] Covered [ ] Open |
| Heating Type FAU    Fuel Gas | Trim/Finish Paint/Wood/Avg | [ ] Deck/Patio | [X] Disp [X] Microwave | # of Cars 2 |
| [X] Central AC    Individual AC | Bath Wainscot Vinyl/Avg | [ ] Porch/Balcony | [X] Dishwasher | [ ] Attached  [ ] Covered |
| [ ] Other None Ind | Doors Hollow-Wood/Avg | [ ] Other | [ ] Washer/Dryer | Detached # N/A |
| Finished area above grade contains | 3 Rooms | 1 Bedroom(s) | 1 Bath(s) | 717 Square Feet of Gross Living Area Above Grade |

Are the heating and cooling for the individual units separately metered?  [X] Yes  [ ] No    If No, describe and comment on compatibility to other projects in the market area.  N/A

Additional features (special energy efficient items, etc.)  No additional features or energy efficient items noted that are outside the norms for the project.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.)  Condominium is of good quality and in average condition. Physical depreciation is low due to upkeep and upgrades. Features: fireplace in living room, wood floors in kitchen, in bathroom, etc. (the hallway and at entry and carpet floors in living room, in dining area and in bedroom. Kitchen offers tiled counters, wood cabinets, a stove oven cooktop, microwave, refrigerator and a dishwasher. Subject also has a balcony and 2 subterranean parking spaces - See Attached Addendum

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?  [ ] Yes  [X] No    If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?  [X] Yes  [ ] No    If No, describe.

[X] Did [ ] Did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s)  NDC Data / MLS (Alliance)
My research [X] did [ ] did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of each of the comparable sale.
Data source(s)  NDC Data / MLS (Alliance)
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE NO. 1 | COMPARABLE SALE NO. 2 | COMPARABLE SALE NO. 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | No prior sale within the last 3 years. | 05/29/2006 | 12/04/2006 | No prior sale within the last 12 months |
| Price of Prior Sale/Transfer | | $172,500 (county deed upon sale) | $141,800 (county deed upon sale) | |
| Data Source(s) | NDC/MLS | NDC/MLS | NDC/MLS | NDC/MLS |
| Effective Date of Data Source(s) | 04/29/2009 | 04/29/2009 | 04/29/2009 | 04/29/2009 |

Analysis of prior sale or transfer history of the subject property and comparable sales  No prior sales or transfers of the subject in the past 3 years. Comparable 1 last transferred title on 05/29/2006 for $172,500 - trustees deed upon sale and comparable 2 last transferred title on 12/04/2006 for $141,800 trustees deed upon sale.  No other prior sales of the comparables utilized herein in the past 12 months unless otherwise stated above.  - NDCData

EXHIBIT
10

First Capital / Allan McLain

# Individual Condominium Unit Appraisal Report

File No. 7001LaCienega#309

There are $ comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 159,575 to $ 239,000
There are $ comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 120,000 to $ 250,000

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | | COMPARABLE SALE NO. 2 | | COMPARABLE SALE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address and Unit # | 7001 S La Cienega Boulevard Unit # 309 | 8660 Belford Avenue A205 | | 7001 S La Cienega Boulevard 313 | | 8680 Belford Avenue A122 | |
| Project Name and Phase | Westchester House 1 / Los Angeles | Westchester Woods 1 / Los Angeles | | Westchester House 1 / Los Angeles | | Westchester Woods 1 / Los Angeles | |
| Proximity to Subject | | 1.3 MI SW | | 0.00 MI | | 1.3 MI SW | |
| Sale Price | $ 172,500 | | $ 124,000 | | $ 235,000 | | $ 180,000 |
| Sale Price/Gross Liv. Area | $ 240.59 sq. ft. | $ 191.49 sq. ft. | | $ 243.52 sq. ft. | | $ 293.04 sq. ft. | |
| Data Source(s) | | NDCData/MLS | | NDCData/MLS | | NDCData/MLS | |
| Verification Source(s) | | DOC#324743 MLS#P1796026 | | DOC#477174 MLS#08-334967 | | DOC#2071114 MLS#R807722 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | | $0 1st TD Unknown | | $230,743 1st TD FHA | | $177,055 1st TD FHA | |
| Date of Sale/Time | | 03/06/2009 | | 04/02/2009 | | 11/24/08 C/Signal | -18,000 |
| Location | Interior of Cmplx | Interior of Cmplx | | Fronts Traffic | 10,000 | Interior of Cmplx | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| HOA Mo. Assessment | $240.00 | $173.00 | | $240.00 | | $175.00 | |
| Common Elements and Rec. Facilities | Controlled Access Pool/Spa/CH | ControlledAccess Pool/Gym | | ControlledAccess Pool/Spa/CH | | ControlledAccess Pool/Gym | |
| Floor Location | 3rd Floor | 2nd Floor | | 3rd Floor | | 1st Floor | |
| View | Courtyard | Courtyard | | Street | | Courtyard | |
| Design (Style) | Condominium/CD. | Condominium/CD | | Condominium/CD | | Condominium/CD | |
| Quality of Construction | Good | Good | | Good | | Good | |
| Actual Age | 1955 / 10 Eff. | 1968 / 20 Eff. | 10,000 | 1955 / 10 Eff. | | 1968 / 20 Eff. | 10,000 |
| Condition | Average | Similar/Inferior | 25,000 | Similar | | Similar | |
| Above Grade Room Count | Total 3 Bdrms. 1 Baths 1 | Total 3 Bdrms. 1 Baths 1 | | Total 4 Bdrms. 2 Baths 2 | -30,000 / -10,000 | Total 3 Bdrms. 1 Baths 1 | |
| Gross Living Area | 717 sq. ft. | 650 sq. ft. | 0 | 965 sq. ft. | -16,000 | 612 sq. ft. | 0 |
| Basement & Finished Rooms Below Grade | List$189,900 DOM-18 | List$125,000 DOM-31 | | List$249,000 DOM-43 | | List$180,000 DOM-71 | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FAU/Central | FAU/None | 1,000 | FAU/Central | | FAU/None | 1,000 |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Garage/Carport | 2-Subterranean | 1-Subterranean | 5,000 | 2-Subterranean | | 1-Subterranean | 5,000 |
| Porch/Patio/Deck | None | Similar/Equal | | Balcony | -5,000 | Similar/Equal | |
| Fireplace Amenity | 1 Fireplace | No Fireplace | 3,000 | 1 Fireplace | | No Fireplace | 3,000 |
| Unit Location | Interior | Interior | | Interior | | Corner | -5,000 |
| Assessor's Parcel | 4105-013-053 | 4125-017-082 | | 4105-013-055 | | 4125-013-017 | |
| Net Adjustment (Total) | | [X] + [ ] - | $ 48,000 | [ ] + [X] - | $ 51,000 | [ ] + [X] - | $ 2,000 |
| Adjusted Sale Price of Comparables | | Net Adj. 38.7% Gross Adj. 38.7% | $ 172,000 | Net Adj. -21.7% Gross Adj. 30.2% | $ 184,000 | Net Adj. -1.1% Gross Adj. 24.4% | $ 178,000 |

Summary of Sales Comparison Approach: Subject is located within a preferred area known as Westchester of the Los Angeles City and County. The Westchester Area is comprised of mostly Single Family Residences with very few condominium projects as well as very few condo complexes featuring (1) bedroom and (1) bathroom type units. Due to limited inventory of recent and-or relevant comparables appraiser selected (1) closed sale and (1) pending sale situated within subject's complex, both (2+2), and (2) closed sales, (1+1) type units, from similar competing condominium projects that best reflect subject's attributes and characteristics. All comparables utilized are located within similar economic boundaries and considered the best housing substitute currently available. Adjustments reflect units fronting street and traffic versus units with interior complex location @ $10,000, size @ $60/SF over 120 SF differences, age @ $2,000 per year over five years difference off the estimated effective age, bedrooms @ $15,000 per unit, full bath @ $10,000 per unit, "central A/C" versus "none" @ $1,000, F/P @ $3,000, (2) parking spaces versus (1) @ $5,000, balcony versus "none" @ $5,000 and preferred corner unit location due to less common walls versus interior unit location @ $5,000 based on appraiser and market reaction. Adjustments were also made for remodeling differences, supported by the sales, field observation, information supplied by MLS data as well as discussions with local area real estate agents. - See Page 7 and Attached Addendum

Indicated Value by Sales Comparison Approach $ 172,500

Estimated Monthly Market Rent $ N/A X Gross Rent Multiplier N/A = $ N/A Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM) Not Applicable

Indicated Value by: Sales Comparison Approach $ 172,500 Income Approach (if developed) $ N/A

Income approach: Not Completed. Typically used for income property. Not typically completed in owner occupied projects due to lack of rental information and support for gross rent multipliers.

Sales Comparison: This is the best indicator of value for condominium units since comparable sales tend to reflect the actions of buyers and sellers on the market. This approach has been given the greatest weight in arriving at the appraiser's opinion of value.

Cost Approach: Not Completed. This approach is impractical in the valuation of attached homes and condominiums. Cost figures cannot reasonable be derived at without affecting integrity of adjacent units.

This appraisal is made [X] "as is", [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or [ ] subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: This is a Summary Appraisal report as defined by the USPAP. Report made to comply with FIRREA/OCC guidelines. The appraisal is intended for mortgage related loan purposes only.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 172,500 , as of 04/29/2009 , which is the date of inspection and the effective date of this appraisal.

RADU COLDEA

10

First Capital / Allan McLain

## Individual Condominium Unit Appraisal Report

This report form is designed to report an appraisal of a unit in a condominium project or a condominium unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject unit, (2) inspect and analyze the condominium project, (3) inspect the neighborhood, (4) inspect each of the comparable sales from at least the street, (5) research, verify, and analyze data from reliable public and/or private sources, and (6) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

10

First Capital / Allen McLain

## Individual Condominium Unit Appraisal Report    File No. 7001LaChicago#309

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

10

First Capital / Allen McLain

## Individual Condominium Unit Appraisal Report

File No. 7091LaCienega0399

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature _Rudi Selig_ | Signature _____ |
| Name Rudi S. Celdis | Name _____ |
| Company Name Celdis & Associates Appraisals | Company Name _____ |
| Company Address 11822 Susan Drive | Company Address _____ |
| Granada Hills, CA 91344 | |
| Telephone Number 818-360-8393 | Telephone Number _____ |
| Email Address rudy@celdisappraisals.com | Email Address _____ |
| Date of Signature and Report 05/08/2008 | Date of Signature _____ |
| Effective Date of Appraisal 04/28/2009 | State Certification # _____ |
| State Certification # OREA #AR027916 | or State License # _____ |
| or State License # | State _____ |
| or Other (describe) _____ State # _____ | Expiration Date of Certification or License _____ |
| State CA | |
| Expiration Date of Certification or License 12/18/2010 | |
| | |
| ADDRESS OF PROPERTY APPRAISED | SUBJECT PROPERTY |
| 7091 South La Cienega Boulevard | ☐ Did not inspect subject property |
| Los Angeles, CA 90046 | ☐ Did inspect exterior of subject property from street |
| | Date of Inspection _____ |
| APPRAISED VALUE OF SUBJECT PROPERTY $ 172,500 | ☐ Did inspect interior and exterior of subject property |
| | Date of Inspection _____ |
| LENDER/CLIENT | |
| Name Allen McLain | COMPARABLE SALES |
| Company Name First Capital | ☐ Did not inspect exterior of comparable sales from street |
| Company Address 1601 Ocean Avenue #219 | ☐ Did inspect exterior of comparable sales from street |
| Santa Monica, CA 90401 | Date of Inspection _____ |
| Email Address mcclain@firstcapitalmin.com | |

RADU GOLDIS

First Capital / Allen McLain

## Individual Condominium Unit Appraisal Report

File No. 7001LaCienega#309

| FEATURE | SUBJECT | COMPARABLE SALE NO. 4 | COMPARABLE SALE NO. 5 | COMPARABLE SALE NO. 6 |
|---|---|---|---|---|
| Address and Unit # | 7001 S La Cienega Boulevard Unit # 309 | 7106 La Tijera Boulevard #102 | 7001 S La Cienega Boulevard #317 | |
| Project Name | Westchester House | Toscana Villas | Westchester House | |
| Proximity to Subject | 1 / Los Angeles | | 1 / Los Angeles | |
| | | 0.71 MI W | 0.08 MI | |
| Sale Price | $173,600 | $218,000 | $238,000 | |
| Sale Price/Gross Liv. Area | $240.17 sq.ft. | $339.81 sq.ft. | $245.11 sq.ft. | sq.ft. |
| Data Source(s) | | MLS/Sale/MLS | MLS/Code/MLS | |
| Verification Source(s) | | NG-SF0942967 - Active Listing | MLS#08-384725 - Pending Sale | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION +(-) $ Adjustment | DESCRIPTION +(-) $ Adjustment | DESCRIPTION +(-) $ Adjustment |
| Sales or Financing Concessions | | Listing Discount @ 5% | Listing Discount @ 7% | |
| | | -11,000 | -9,000 | |
| Date of Sale/Time | | LD 02/28/2009 | LD 03/10/2009 | |
| Location | Interior of Condo | Interior of Condo | Front Traffic | 10,000 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | Fee Simple | |
| HOA Mo. Assessment | $240.00 | $300.00 | $240.00 | |
| Common Elements and Rec. Facilities | Controlled Access Pool/Spa/CH | Controlled Access Spa/CH | Controlled Access Pool/Spa/CH | |
| Floor Location | 3rd Floor | 1st Floor | 3rd Floor | |
| View | Courtyard | Courtyard | Street | |
| Design (Style) | Condominium/GD | Condominium/GD | Condominium/CD | |
| Quality of Construction | Good | Good | Good | |
| Actual Age | 1988 / 10 E/E | 1991 / 10 E/E | 1988 / 10 E/E | |
| Condition | Average | Superior | Superior Kitchen | -10,000 |
| Above Grade | 3 | 1 | 2 | -30,000 |
| Room Count | 3 | 1 | 2 | -10,000 |
| Gross Living Area | 717 sq.ft. | 641 sq.ft. | 963 sq.ft. | -16,000 sq.ft. |
| Basement & Finished | List $199,000 | List $225,000 | List $239,000 | |
| Rooms Below Grade | DOM-10 | DOM-91 | DOM-12 | |
| Functional Utility | Average | Average | Average | |
| Heating/Cooling | FAU/Central | FAU/Central | FAU/Central | |
| Energy Efficient Items | Standard | Standard | Standard | |
| Garage/Carport | 2-Subterranean | 1-Subterranean | 2-Subterranean | 6,000 |
| Porch/Patio/Deck | None | Similar/Equal | Balcony | -5,000 |
| Fireplace/Amenity | 1 Fireplace | 1 Fireplace | 1 Fireplace | |
| Unit Location | Interior | Interior | Interior | |
| Assessor's Parc. # | 4103-013-031 | 4103-020-045 | 4103-013-059 | |
| Net Adjustment (Total) | | + - 21,800 | + - 58,000 | + - |
| | | Net Adj. -12.99% | Net Adj. -24.5% | Net Adj. % |
| Adjusted Sale Price | | Gross Adj. 18.75% | Gross Adj. 26.9% | Gross Adj. % |
| of Comparables | | $194,400 | $171,000 | |

| ITEM | SUBJECT | COMPARABLE SALE NO. 4 | COMPARABLE SALE NO. 5 | COMPARABLE SALE NO. 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | No prior sale within the last 3 years. | No prior sale within the last 12 months. | No prior sale within the last 12 months. | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | NDC/MLS | NDC/MLS | NDC/MLS | |
| Effective Date of Data Source(s) | 04/28/2009 | 04/28/2009 | 04/28/2009 | |

Summary of Sales Comparison Approach   Comp 2 and 3 support subject's condition, comp 1 is inferior, comp 4 reflects superior condition and comp 5 offers an upgraded kitchen per MLS data warranting adjustments as noted. Comp 2, 4 and 6 bracket subject's overall size, comps 1, 3 and 5 match subject's bedroom count and comparable 1, 3 and 4 support subject's living area and comp 2 and 4 bracket it. Comp 4 and 5 are active listings provided for additional support. Listing discount adjustment applied @ 5% to 4 and @ 7% to #5 based on market summary. Comps 1, 3 and 4 match subject's bedroom count while comparable 2 and 5 offer superior bedroom and bathroom count, receiving adjustments as noted.

Due to lack of model match units or at least, similar overall size, bedbath count and/or condition comparables at this time, the overall net gross adjustments of some of the comparables utilized exceeded the Fannie Mae guidelines however, this is a common occurrence when there is a limited inventory of closed sales relevant to subject.

In the final estimate of value similar consideration was given to all comps. The estimated value @ $173,995 reflects a bracketed price per square foot of $240.59 but fair and reasonable based on subject's size, bedbath count and condition and is within market norms.

See Attached Addendum

EXHIBIT    10

## ADDENDUM

| | | | |
|---|---|---|---|
| Borrower: Geon | | File No.: 7001LaCienega/309 | |
| Property Address: 7001 South La Cienega Boulevard | | Case No.: | |
| City: Los Angeles | | State: CA | Zip: 80016 |
| Lender: First Capital | | | |

### PURPOSE AND FUNCTION OF THE APPRAISAL

This report is identified as a "Summary Appraisal Report" prepared in accordance with the Uniform Standards of Professional Appraisal Practice (USPAP). The purpose of the appraisal is to estimate the market value and marketability of the subject property as defined in the attached Fannie Mae form 1004b/Freddie Mac 439. The function of the appraisal is to assist the client in valuating the property for mortgage lending transaction.

As an Extraordinary Assumption is an assumption, directly related to a specific assignment, which, if found to be false, could alter the appraiser's opinions or conclusions. This appraisal contains the following Extraordinary Assumptions:

1. No title report or CC&R's were available. It was assumed that no item of an adverse nature associated with title (including, but not limited to, easements, deed restrictions, encroachments, litigation involving the HOA, etc.) affect the subject property.
2. Information supplied by Realtors and/or others interviewed in connection with the comparables was assumed to be correct. This includes, but is not limited to, non-disclosed sale prices, sale conditions, condition of the properties in question, etc.
3. Soil conditions were assumed to be adequate to support construction and were also assumed to have no geological factors that would adversely affect value. Although no adverse conditions were obvious in this regard, the appraiser is not competent to render geological opinions.
4. No cost approach to value was presented, due to the constraints of the form used herein, and that the cost approach is typically not applicable for condominiums. The omission of the cost approach does not compromise the value reported herein.

### SCOPE

The scope of work details the appraiser(s) function in the development and reporting aspects of the appraisal. Competency plays a critical role in primary functions of the appraisal process, which emphasizes research methodology, collection and verification of data studied and outlines the inspection procedures as applicable to the type of appraisal being reported. The appraisal is made up of the following components; a detailed interior and exterior inspection of the subject property by the state licensed appraiser named in the "supplemental certifications and disclaimers" section of this addendum, noting all pertinent physical features such as building dimensions, easements and any source of depreciation and/or obsolescence as well extensive interior and exterior photography for further study by the appraiser for reference all throughout the development of the assignment. Data relating to marketability and the market value of the subject property, land sales, and comparable property sales, as well as prior sales and listing information on the subject and comparable properties is gathered and recorded. This information is then analyzed using the appropriate approaches to value. The Sales Comparison Approach indicates an estimate of value dictated by buyers in the marketplace. The Cost Approach estimates value based upon depreciated replacement cost plus land value. The Income Capitalization Approach indicates an estimate of value determined by the income a property can produce for the typical investor. All reasonably applicable data collected is analyzed using recognized appraisal techniques and is then presented in a summarized format.

The subject was appraised "as improved", at market value, regardless of the inclusion of any personal property or closing costs. Any closing cost arrangements or personal property exchanges have no effect on the value or marketability of the subject, and have no influence on the indicated appraised value. No preliminary title report was provided for review. The real property interest is identified as fee simple ownership and for the purpose of this appraisal, considered to be free from encumbrances.

### THE INTENDED USE/INTENDED USER

THIS SUMMARY APPRAISAL REPORT IS INTENDED FOR USE BY THE LENDER/CLIENT AND/OR THEIR ASSIGNS FOR A MORTGAGE FINANCE TRANSACTION ONLY. THIS REPORT IS NOT INTENDED FOR ANY OTHER USE. This report is also intended for use in forming an opinion of the subject's market value and marketability, as of the effective date of the appraisal, as it relates to the intended user.

### APPRAISAL INSPECTION

The appraiser performs an APPRAISAL INSPECTION of the subject property to approximate size of improvements, determine room count, composition and layout, view, and note any site or improvement amenities and to develop an overall quality and condition rating as the basis for selecting similar properties for comparison. Minor items with superior characteristics or those for repair or replacement, with individually anticipated cost of

EXHIBIT    10

ADDENDUM

| Borrower: Glenn | | |
|---|---|---|
| Property Address: 1001 South La Cienega Boulevard | | File No.: 1001LaCienega/309 |
| City: Los Angeles | | Case No.: |
| Lender: First Capital | State: CA | Zip: 90245 |

approximately $500 or less, are typically considered and expressed in the aggregate condition rating. Only readily visible items and conditions are noted and it is assumed any appliances and fixtures typically present in this type of dwelling are operable within acceptable norms. The discovery of any, possibly, hidden deficiencies are not within the scope of the appraisal inspection performed. An appraisal inspection is not a substitute for a professional home inspection. The appraiser is NOT a qualified home inspector. An inspection by a qualified home inspector should be obtained if a detailed report is required. It is not within the scope of the appraiser's inspection to discover hidden deficiencies.

### SITE DISCLAIMER

No soil subsidence, drainage or other ground problems were observed. No encroachments, adverse easements, slide areas, illegal, nonconforming zoning, use issues or other adverse conditions noted. The appraiser did not observe, nor is aware of any hazardous wastes, toxic substances or adverse environmental conditions of any kind on site or in the vicinity. FEMA flood data was extracted from NDC Data source, considered reliable but not guaranteed. If the subject property appears to lie within a special flood zone, additional data sources are utilized such as Beacon Flood Zone Maps, and are included in the report. The Federal Emergency Management Administration (FEMA) was not contacted to confirm this information. The appraiser is not a qualified expert in these fields and cannot render a professional opinion on such matters; No guarantees or warranties regarding the condition, safety, or habitability of the subject and vicinity are expressed or implied, as it is beyond the scope of the appraisers' expertise.

### GENERAL COMMENTS ON MARKET DATA

The comparisons utilized in the sales comparison analysis maybe a mix of closed/verified sales along with listings and pending information for supplemental support. Unless otherwise noted, the sale dates reported are close of escrow, or COE dates as reflected in tax rolls, or reported by assisting agents on very recent data. Comparisons that have not yet closed escrow that are either active or pending have dates preceded with "LD" (List Date) or "OMD" (Off Market Date).

### IMPROVEMENT COMMENTS

The subject is one level condo style situated in the middle of complex, projecting good quality and average condition. Subject area consists of living room, dining area, one bedroom and one bathroom.

The landscaping and common areas are professionally maintained. There is a composition shingles roof, the exterior is wood siding and stucco, windows are aluminum sliders with screens and exterior & interior paint is in good condition. Subject features: fireplace in living room, wood floors in kitchen, bathroom, on the hallway and at entry and carpet floors in living room, dining area and bedroom. Kitchen offers tiled counters, wood cabinets, a stove-oven, microwave, refrigerator and a dishwasher. Subject also has a balcony and 2 subterranean parking spaces. The improvements are heated by a FAU and there is a central air conditioning cooling system. Electric service and other utilities appear adequate.

### RECONCILIATION

In arriving at an opinion of Market Value for the subject property the Sales Comparison Approach to value was given the most emphasis. Sales of comparable properties that had recently sold and that reflect a narrow range of values were found in the subject area. Sales adjusted reliably through paired sales analysis providing strength and validity to the indicated value. As already stated above, the Cost Approach is not typically used in the appraisal of attached town homes. The Income Approach is not appropriate within the subjects market, as it does not reflect typical buyer attitudes. The neighborhood is lacking rental sales to establish multipliers. This approach was not considered in the analysis.

### DIGITAL DISCLAIMER STATEMENT

The signature(s) in this report may or may not have been digitally assigned. In the event digital signatures were required, the appraiser certifies that all signature images are the password protected, digitally encrypted representation of the practicing appraisers' handwritten autograph(s) who was involved in the research, development and/or review of the appraisal. All necessary safeguards have been implemented in accordance with USPAP.

EXHIBIT    10

## ADDENDUM

| | | |
|---|---|---|
| Borrower: Gaon | | File No.: 7001LaClarango4300 |
| Property Address: 7001 South La Clarango Boulevard | | Case No.: |
| City: Los Angeles | State: CA | Zip: 90048 |
| Lender: First Capital | | |

Further, comparable photographs utilized in this report may or may not have been digitally extracted and transferred from the Multiple Listing Service. If so, the photograph would be considered the best representation of the comparable property at the actual time of sale. This is necessary in instances where heavy traffic or physical debris would prevent a true representation of the condition of the property at time of sale and might otherwise mislead or influence the reader to improperly rate the property condition. In the appraisal of condominiums, this is considered especially acceptable as building exteriors do not change or alter frequently, nor would it mislead the reader when referencing interior condition as that information is typically extracted from MLS descriptions. The appraiser understands the use of MLS photographs are not a substitute for actual curbside inspection of a comparable, and would not be suitable had the appraiser not previously visited the site.

Addendum Page 2 of 3

10

## Market Conditions Addendum to the Appraisal Report

File No. 7001 La Cienega

| Property Address | 7001 South La Cienega Boulevard | City | Los Angeles | State | CA | Zip | 90046 |

Borrower  Osan

| | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 3 | 1 | 1 | Increasing | Stable | Declining |
| Absorption Rate (Total Sales/Months) | 0.50 | 0.33 | 0.33 | Increasing | Stable | Declining |
| Total # of Comparable Active Change | | | 14 | Increasing | Stable | Declining |
| Months of Housing Supply (Total Listings/Ab.Rate) | | | 42.0 | Increasing | Stable | Declining |

| | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Median Comparable Sale Price | $249,500 | $180,000 | $178,900 | Increasing | Stable | Declining |
| Median Comparable Sales Days on Market | 89 | 72 | 34 | Increasing | Stable | Declining |
| Median Comparable List Price | | | $232,000 | Increasing | Stable | Declining |
| Median Comparable Listings Days on Market | | | 126 | Increasing | Stable | Declining |
| Median Sale Price as % of List Price | 94.27% | 100.00% | 100.00% | Increasing | Stable | Declining |

Signature

Appraiser Name  Rudi S Goldis
Company Name  Goldis & Associates Appraisals
Company Address  11922 Susan Drive, Granada Hills, CA 91344
State License/Certification #  AR027816    State  CA
Email Address

10



FLOORPLAN



Goldis & Associates Appraisals                         File No. 7001LaCienega#309

NDCdata.com

**Property Location**
Address: 7001 S LA CIENEGA BLVD 309  City: LOS ANGELES  Zip: 90045-3046
APN#: 4183-013-051  Use Code: Condominium, Fed County: Los Angeles
Tract: 25277  Census Tract: 2761.00 Zone: LAR 3-1
Map Page/Grid: 703/A7  Legal Desc: TR-25277 LOT 1 CONDOMINIUM*UNIT 309
Total Assessed Value: 18,853  Tax Amount: 874.67
Percent Improvement: 60.00 Tax Year: 2008

**Current Owner Information**
Current Owner: POLLACK, BESSIE L  Owner Address: 7001 LA CIENEGA BLVD
City, State: LOS ANGELES, CA  Zip: 90045-3988
Last Transaction: 09/28/2004 Deed Type: deed of trust
Amount: 0 Document: 0002488073

**Last Sale Information**
Transferred From:  Seller Address:
Sale Date: 08/28/1996 Prior Sale Date: 07/03/1996
Most Recent Sale Price: 58,000 Prior Sale Price: 87,000
Document Number: 1373576 Prior Document No.: 1070962
Document Type:  Prior Document Type: grant deed

**Lender Information**
Lender: CROSSLAND MTG  Full/Partial: F
Loan Amount / 2nd Trust Deed: 0 / 0 Loan Type: conventional

**Physical Information**
Building Area:
717 # of Bedrooms: 1 Lot Size: 853
Additional: 0 # of Bathrooms: 1.00 Year Built / Effective: 1965 / 0
Garage: 0 # of Stories: 0 Heating:
First Floor: 0 Total Rooms: 0 Cooling:
Second Floor: 0 # of Units: 1 Roof Type:
Third Floor: 0 Garage/Carport: / Construction/Quality: / 0
Basement Finished: 0 Fireplaces: 0 Building Shape:
Basement Unfinished: 0 Pool/Spa: View:

**Flood Data**
Panel Date: 08/26/2008 Census/Panel Number: 060137 / 1780 F Flood Zone: X

RADU GOLDIS

10

8665265521          Page 17 of 23        Tue May 26 2009 20:23:45 EDT

## SUBJECT PROPERTY PHOTO ADDENDUM

| | | |
|---|---|---|
| Borrower: Gene | | File No.: 7901 La Cienega 309 |
| Property Address: 7901 South La Cienega Boulevard | | Case No.: |
| City: Los Angeles | State: CA | Zip: 90045 |
| Lender: First Capital | | |



**FRONT VIEW OF
SUBJECT PROPERTY**

Appraised Date: April 28, 2009
Appraised Value: $ 175,560



**REAR VIEW OF
SUBJECT PROPERTY**



**STREET SCENE**

10

Geddis & Associates Appraisals

| Borrower: Gess | | |
|---|---|---|
| Property Address 7201 South La Cienega Boulevard | | File No.: 7201LaCienega1908 |
| City: Los Angeles | | Case No.: |
| Lender: First Capital | State: CA | Zip: 90045 |



WOOD FLOORS AT ENTRY



FIREPLACE AND CARPET FLOORS
IN LIVING ROOM



CARPET FLOORS IN DINING AREA

10

Goldis & Associates Appraisals

| Borrower: Cress | | |
|---|---|---|
| Property Address: 7001 South La Cienega Boulevard | | File No.: 7001LaCienega#308 |
| City: Los Angeles | | Case No.: |
| Lender: First Capital | State: CA | Zip: 90045 |



WOOD FLOORS & CABINETS AND
TILED COUNTERS IN KITCHEN



ANOTHER ANGLE OF THE KITCHEN



WOOD FLOORS IN BATHROOM

10





LAUNDRY AREA



POOL



CLUBHOUSE

10

## COMPARABLE PROPERTY PHOTO ADDENDUM

| | |
|---|---|
| Borrower: Gess | File No.: 7001LaClenega329 |
| Property Address: 7001 South La Cienega Boulevard | Case No.: |
| City: Los Angeles | State: CA    Zip: 90045 |
| Lender: First Capital | |



**COMPARABLE SALE #1**

8850 Belford Avenue

Sale Date: 03/06/2009
Sale Price: $ 126,000



**COMPARABLE SALE #2**

7001 S La Cienega Boulevard

Sale Date: 04/02/2009
Sale Price: $ 235,000



**COMPARABLE SALE #3**

8850 Belford Avenue

Sale Date: 11/24/08 (2%tos)
Sale Price: $ 180,000

10

8665265521            Page 23 of 23        Tue May 26 2009 20:33:37 EDT



10

# Exhibit "11"



# Summary Appraisal Report · Residential

**of**

Bessie Pollack

7001 S. La Cienega Blvd. #309
Los Angeles, CA 90045

**As Of:**

July 2008

**Prepared For:**

Bessie Pollack
7001 S. La Cienega Blvd. #309
Los Angeles, CA 90045

**Prepared By:**

Robert J. Olah
Robert J. Olah
220 E. Maple Ave.
El Segundo, CA 90245

EXHIBIT 11

Robert J. Olah
220 E. Maple Ave.
El Segundo, CA 90245

July, 2008

Bessie Pollack
7001 S. La Cienega Blvd. #309
Los Angeles, CA 80045

RE:     Bessie pollack
        7001 S. La Cienega Blvd. #309
        Los Angeles, CA 80045
File No.   09-2574
Case No.  09-2574

Dear  Bessie Pollack

In accordance with your request, I have personally inspected and prepared an appraisal report of the real
property located at:

                7001 S. La Cienega Blvd. #309, Los Angeles, CA 80045

The purpose of this appraisal is to estimate the market value of the property described in the body of this
appraisal report.

Enclosed, please find the appraisal report which describes certain data gathered during our investigation
of the property.  The methods of approach and reasoning in the valuation of the various physical and
economic factors of the subject property are contained in this report.

An inspection of the property and a study of pertinent factors, including valuation trends and an analysis of
neighborhood data, led the appraiser to the conclusion that the market value, as of  July 2008
is:

                        $        245,000

The opinion of value expressed in this report is contingent upon the limiting conditions attached to this
report.

It has been a pleasure to assist you.  If I may be of further service to you in the future, please let me know.

Respectfully submitted,

Signature: _____

Robert J. Olah

| Client File #: | 09-2574 | Appraisal File #: | 09-2574 |
|---|---|---|---|

## Summary Appraisal Report • Residential

**Appraisal Institute®**

AI Reports ™ **Form AI-100.02***

| Appraisal Company: | Robert J. Olah |
| Address: 220 E. Maple Ave., El Segundo, CA 90245 |
| Phone:    310-387-1316    Fax:    310-640-9130    Web: robertolah@sbcglobal.net |

| Appraiser: | Robert J. Olah | | | | | | Co-Appraiser: | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AI Membership: | SRA | MAI | SRPA | X | Associate Member | None | AI Membership: | SRA | MAI | SRPA | Associate Member | None |
| Other Professional Affiliation: | | | | | | | Other Professional Affiliation: | | | | | |
| E-mail:  robertolah@sbcglobal.net | | | | | | | E-mail: | | | | | |

| Client: Bessie Pollack | | Contact: |
|---|---|---|
| Address: 7001 S. La Cienega Blvd. #309, Los Angeles, CA 90045 | | |
| Phone:    310-621-4862    Fax:    N/A    E-mail: N/A | | |

### REAL ESTATE IDENTIFICATION

Address: 7001 S. La Cienega Blvd. #309

| City: Los Angeles | County: Los Angeles | State: CA | Zip: 90045 |
|---|---|---|---|

Legal Description:   Tract 25277 Lot 1 Condominium Unit 309

| Tax Parcel #: 4103-013-051 | RE Taxes: | 906 | Tax Year: | 2009 |
|---|---|---|---|---|

### SUBJECT PROPERTY HISTORY

Owner of Record: Bessie L Pollack

Description and analysis of sales within 3 years (minimum) prior to effective date of value: There has not been any transfer history in the past 3 years.

Description and analysis of agreements of sale (contracts), listings, and options: The subject is not currently listed for sale.

### RECONCILIATIONS AND CONCLUSIONS

| Indication of Value by Sales Comparison Approach | $ | 245,000 |
|---|---|---|

| Indication  of Value by Cost Approach | $ | 0 |
|---|---|---|

| Indication  of Value by Income Approach | $ | N/A |
|---|---|---|

Final Reconciliation of the Methods and Approaches to Value:  The sales comparison approach provides the most reliable value indicator.  The cost approach supports the estimated opinion of value but is only secondary to the sales comparison approach.

| **Opinion of Value as of:** July 2008 | $ | 245,000 |
|---|---|---|

*Subject to any hypothetical conditions or extraordinary assumptions stated in the Assignment Parameters section.*

* **NOTICE:** The Appraisal Institute publishes this form for use by appraisers where the appraiser deems use of the form appropriate. Depending on the assignment, the appraiser may need to provide additional data, analysis and work product not called for in this form. The Appraisal Institute plays no role in completing the form and disclaims any responsibility for the data analysis or any other work product provided by the individual appraiser(s).

| Client: Bessie Pollack | Client File #: | 09-2574 |
|---|---|---|
| Subject Property: 7001 S. La Cienega Blvd. #309 | | 09-2574 |

## ASSIGNMENT PARAMETERS

Intended User(s):  Bessie Pollack

Intended Use:   To present an estimated opinion of value to the intended user for the effective date of the report.

***This report is not intended by the appraiser for any other use or by any other user.***

| Type of Value:  Fair Market Value | Effective Date of Value: July 2008 |
|---|---|

Interest Appraised:   [X] Fee Simple   [ ] Leasehold   [ ] Other:

Hypothetical Conditions:  (A hypothetical condition is that which is contrary to what exists, but is asserted by the appraiser for the purpose of analysis. Any hypothetical condition may affect the assignment results.}   None

Extraordinary Assumptions:  (An extraordinary assumption is directly related to a specific assignment and presumes uncertain information to be factual. If found to be false this assumption could alter the appraiser's opinions or conclusions. Any extraordinary assumption may affect the assignment results.)  The extraordinary assumption is that the unit was in average condition as of the effective date of the report (July 2008)

In accordance with Standard Rule 2-2(b) of the Uniform Standards of Professional Appraisal Practice (USPAP), this is a summary appraisal report.

## SCOPE OF WORK

Definition: The scope of work is the type and extent of research and analysis in an assignment. Scope of work includes: the extent to which the property is identified; the extent to which tangible property is inspected; the type and extent of data researched; and the type and extent of analysis applied to arrive at opinions or conclusions. The specific scope of work for this assignment is identified below and throughout this report.

**Inspection of Subject:**

Appraiser:
[ ] None  [X] Interior [X] Exterior
[ ] Date of Inspection      9/30/2009

Co-Appraiser:
[X] None  [ ] Interior [ ] Exterior
[ ] Date of Inspection _____

Living Area Measured:
[ ] Yes   [ ] No
[X] Other:       County Plat Maps

**Data Sources Used:**

[ ] MLS
[X] Public Records
[ ] Office Files
[X] Owner
[ ] Plans & Specifications
[ ] Purchase Agreement
[ ] Other: _____

**Approaches to Value Developed:**

Cost Approach:
[ ] Is necessary and developed in this analysis
[ ] Is applicable but not necessary and omitted in this analysis
[X] Is not applicable or necessary and omitted in this analysis

Sales Comparison Approach:
[X] Is necessary and developed in this analysis
[ ] Is applicable but not necessary and omitted in this analysis
[ ] Is not applicable or necessary and omitted in this analysis

Income Approach:
[ ] Is necessary and developed in this analysis
[ ] Is applicable but not necessary and omitted in this analysis
[X] Is not applicable or necessary and omitted in this analysis

Additional Scope of Work Comments: See comment addendum for greater description of scope of work.

Significant Real Property Appraisal Assistance:   [X] None   [ ] Disclose Name(s) and contribution:

| Client: | Bessie Pollack | | 09-2574 |
|---|---|---|---|
| Subject Property: | 7001 S. La Cienega Blvd. #309 | | 09-2574 |

## IMPROVEMENTS ANALYSIS

**General:** Design: Traditional/Condominium No. of Units: 55    No. of Stories: 4    Actual Age: 24    Effective Age: 5

| [X] Existing | Under Construction | Proposed | Attached | Detached | Manufactured | Modular |
|---|---|---|---|---|---|---|

Other:

**Exterior Elements:** Roofing: CompShingle    Siding: Stucco    Windows: Metal Frame

| Patio | Deck | Porch | Pool | Fence |
|---|---|---|---|---|

Other:

**Interior Elements:** Flooring: Carpet    Walls: Plaster    [X] FP# 1

Kitchen: [X] Refrigerator  [X] Range  [X] Oven  [X] Fan/Hood  [X] Microwave  [X] Dishwasher    Countertops: Ceramic

Other:

**Foundation:** [X] Crawl Space    Slab    Basement

Other:

**Attic:** None  [X] Scuttle    Drop Stair    Stairway    Finish

**Mechanicals:** HVAC: FAU    Fuel: Gas    Air Conditioning: Central

**Car Storage:** Driveway  [X] Garage 2    Carport    Finished

**Other Elements:** Community Garage

### Above Grade Gross Living Area (GLA)

| | Living | Dining | Kitchen | Den | Family Rm. | Rec. Rm. | Bdrms | # Baths | Utility | Other | Area Sq. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Level 1 | 1 | area | 1 | | | | 1 | 1.00 | | | |
| Level 2 | | | | | | | | | | | |

| Finished area above grade contains: | 1 | Bedroom(s) | 1.00 | Bath(s) | 721 | Sq. Ft. of GLA |
|---|---|---|---|---|---|---|

Summarize above grade improvements: Public records describes the subject as a condominium unit of 717 square feet. with LAR3 zoning. Inspection confirmed public records data. The improvements are of overall average condition. The living room and dining area have carpeted floors, the living room has a fireplace. The kitchen has vinyl floors and formica counters. The overall condition of this property is average.

### Below Grade Area or Other Living Area

| | Living | Dining | Kitchen | Den | Family Rm. | Rec. Rm. | Bdrms | # Baths | Utility | % Finished | Area Sq. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Below Grade | | | | | | | | | | | None |
| Other Living Area | | | | | | | | | | | None |
| Amenities | | | | | | | | | | | Pool/Spa |

Summarize below grade and/or other living area improvements: N/A

Discuss physical depreciation and functional or external obsolescence: Physical depreciations considered to be 6% which is based on the economic life divided by the economic life + the estimated remaining life. Estimated remaining economic life is 80 years. There is no evidence of external or functional obsolescence.

Discuss style, quality, condition, size, and value of improvements including conformity to market area: The subject is typical in style, size, quality, condition and value of improvements to others in the neighborhood.

| Client: | Bessie Pollack | | Client File #: | 09-2574 |
|---|---|---|---|---|
| Subject Property: | 7001 S. La Cienega Blvd. #309 | | Appraisal File #: | 09-2574 |

## SALES COMPARISON APPROACH

| ITEM | SUBJECT | | COMPARISON NO. 1 | | | COMPARISON NO. 2 | | | COMPARISON NO. 3 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Address | 7001 S. La Cienega Blvd. #309 Los Angeles, CA 90045 | | 7101 La Tijera Blvd. I101 Los Angeles | | | 7120 La Tijera Blvd. C102 Los Angeles | | | 7037 La Tijera Blvd. B102 Los Angeles | | |
| Proximity to Subject | | | 0.31 miles W | | | 0.32 miles W | | | 0.28 miles W | | |
| Final List Price | N/A | | $ 249,500 | | | $ 299,900 | | | $ 239,900 | | |
| Sale Price | N/A | | $ 249,500 | | | $ 250,000 | | | $ 239,000 | | |
| Sale-To-List Price Ratio | N/A | | 100.00 % | | | 83.36 % | | | 99.62 % | | |
| Closing Date | N/A | | 7/2/2008 | | | 7/1/2008 | | | 3/28/2008 | | |
| Days On Market | N/A | | 12 | | | 99 | | | 89 | | |
| Price/Gross Living Area | $ 352.29 | | $ 368.54 | | | $ 345.78 | | | $ 341.92 | | |
| Data Source/ Verification | | | FARES, TITLE Multiple Listing Service | | | FARES, TITLE Multiple Listing Service | | | FARES, TITLE Multiple Listing Service | | |
| | | DESCRIPTION | DESCRIPTION | + (-) $ Adjustment | | DESCRIPTION | + (-) $ Adjustment | | DESCRIPTION | + (-) $ Adjustment | |
| Financing Type | | N/A | Typical | | | Typical | | | Typical | | |
| Concessions | | N/A | None | | | None | | | None | | |
| Contract Date | | N/A | 5/14/2008 | | | 5/21/2008 | | | 2/25/2008 | | |
| Location | | Residential | Residential | | | Residential | | | Residential | | |
| Site Size | | Condo Unit | Condo Unit | | | Condo Unit | | | Condo Unit | | |
| Site Views/Appeal | | Street | Street | | | Street | | | Street | | |
| Design and Appeal | | Traditional | Traditional | | | Traditional | | | Traditional | | |
| Quality of Construction | | Average | Average | | | Average | | | Average | | |
| Age | | 24 | 18 | | | 18 | | | 18 | | |
| Condition | | Average | Average | | | Average | | | Average | | |
| Above Grade Bedrooms | Bedrooms | 1 | Bedrooms 1 | | | Bedrooms 1 | | | Bedrooms 1 | | |
| Above Grade Baths | Baths | 1.00 | Baths 1.00 | | | Baths 1.00 | | | Baths 1.00 | | |
| Gross Living Area | 721 | Sq. Ft. | 677 Sq. Ft. | | | 723 Sq. Ft. | | | 699 Sq. Ft. | | |
| Below Grade Area | | None | None | | | None | | | None | | |
| Below Grade Finish | | None | None | | | None | | | None | | |
| Other Living Area | | None | None | | | None | | | None | | |
| Amenities | | Pool/Spa | None | +2,000 | | None | +2,000 | | None | +2,000 | |
| Functional Utility | | Average | Average | | | Average | | | Average | | |
| Heating/Cooling | | FAU/Central | FAU/Central | | | FAU/Central | | | FAU/Central | | |
| Car Storage | | 2-Community | 2-Community | | | 2-Community | | | 2-Community | | |
| APN# | | | 4103-008-036 | | | 4103-009-074 | | | 4103-008-079 | | |
| DOC# | | | #1177011 | | | #1166395 | | | #536473 | | |
| MLS# | | | 08-277197 | | | 08-254953 | | | 07-235453 | | |
| Net Adj. (total) | | | X + - $ 2,000 | | | X + - $ 2,000 | | | X + - $ 2,000 | | |
| Adjusted Sale Price | | | Net=1% Gross=1% $ 251,500 | | | Net=1% Gross=1% $ 252,000 | | | Net=1% Gross=1% $ 241,000 | | |

Comments and reconciliation of the sales comparison approach: Three closed sales from the immediate neighborhood are noted in this report to establish the subject's value. GLA is adjusted at $50.00 per square foot. Bedroom count is adjusted at $10,000 per bedroom. Bathroom count was adjusted at $5,000 per bathroom or $2,500 per half bathroom. Condition adjustments were made when necessary and based on exterior inspections and MLS data when available. Other amenities were adjusted as necessary.

All of the comparables are located in the same immediate neighborhood and all of these comparables offer very similar appeal as the subject property. The data for the comparables were verified through exterior inspection and MLS data when available.

| Indication of Value by Sales Comparison Approach | | | | $ 245,000 |
|---|---|---|---|---|

| Client: Bessie Pollack | File No. 09-2574 |
|---|---|
| Subject: 7001 S. La Cienega Blvd. #309 | Case No. 09-2574 |

## COST APPROACH

### Cost Approach Definitions

☐ **Reproduction Cost** is the estimated cost to construct, at current prices as of the effective appraisal date, an exact duplicate or replica of the building being appraised, using the same materials, construction standards, design, layout, and quality of workmanship, and embodying all of the deficiencies, superadequacies, and obsolescence of the subject building.

☐ **Replacement Cost** is the estimated cost to construct, at current prices as of the effective appraisal date, a building with utility equivalent to the building being appraised, using modern materials and current standards, design and layout.

### Cost Approach Analysis

**Estimated Cost New**

| | | | |
|---|---|---|---|
| Above Grade Living Area | Sq. Ft. @ $ | =$ | |
| Finished Below Grade Area | Sq. Ft. @ $ | =$ | |
| Unfinished Below Grade Area | Sq. Ft. @ $ | =$ | |
| Other Living Area | Sq. Ft. @ $ | =$ | |
| Car Storage | Sq. Ft. @ $ | =$ | |
| | | $ | |
| | | $ | |
| | | $ | |
| **Total Estimated Cost New** | | $ | 0 |
| Less Depreciation | | | |
| Physical | % = $ | 0 | |
| Functional | % = $ | 0 | |
| External | % = $ | 0 | |
| Total Depreciation | $ | 0 | |
| Depreciated Value of Improvements | | $ | 0 |
| Contributory Value of Site Improvements | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |
| Opinion of Site Value | | $ | |
| Indicated Value | | $ | 0 |

Cost Approach Comments (Data Sources, Depreciation Basis, Site Value, Etc.): N/A

Cost Approach Reconciliation: The cost approach and the income approach are not typically used in the valuation of individual condominium units.

| Indication of Value by Cost Approach | $ | 0 |
|---|---|---|

| Client | Bessie Pollack | File No. | 09-2574 |
|---|---|---|---|
| Subject Property | 7001 S. La Cienega Blvd. #309 | Appraisal File No. | 09-2574 |

## PURPOSE OF THIS REPORT

The purpose of this report is to present reasonable support for an opinion of the current probable fee simple interest of the subject property as of the effective date of the appraisal or any other specified date. This report is intended to be used for valuation purposes only. It is not intended for any other purpose. It is invalid for any other purpose and is invalid if used by, or relied upon by, any other party other than the indicated client. Liability extends only to the client named above. In the event that the report has been commissioned for any other purpose than valuation, the commissioned purpose has the same limitations on usage, restrictions, and protection as a report produced for valuation.

## SCOPE OF THE APPRAISAL

The reader should be advised that the value estimate is the result of an inexact science and that the estimated market value is dependent upon conditions and perceptions of market value that are likely to change over time. This valuation represents an opinion estimate only and is not intended to be a guarantee or assurance of resale value. Any items of personal property, fixtures or intangible items that are attached to or located on the property, if applicable, are assessed separately for their contribution to the value, if any, of the real property being appraised.

This report utilizes two standard approaches of determining the value of single family residences: the Sales Comparison Approach and the Cost Approach. For condominium units, this report utilizes the Sales Comparison Approach only as the Cost Approach is not used in determining the value of individual condominium units. In the event the subject property is an income property, such as a two-to-four family dwelling, the Income Approach is also utilized. In addition to inspection of the subject property and comparable sales, interviews with owners or occupants of the same when possible, data sources used in the research and analysis of this appraisal report may include all of the following information sources: First American Real Estate Solutions on-line services, Multiple Listing Service (MLS) and other public data sources. Whenever possible and available, real estate agent's data concerning properties noted in the report is often used. Only information believed to be reliable and accurate is used in this report.

## HIGHEST AND BEST USE

The subject property's current improved use meets the four tests of highest and best use. It is physically possible, legally permissible, financially feasible and maximally productive. Unless otherwise discussed, highest and best use as if vacant, and highest and best use as improved, are both single family residential.

## FACTORS THAT AFFECT MARKETABILITY

Interest rates are currently at a low rate and many types of loans are available. Schools, parks, neighborhood shopping, and all the expected and normal services that are ordinarily provided by the city or county are available in the immediate area. There is adequate public transportation on the main streets. Freeways are easily accessible.

| Client: | Bessie Pollack | | Client: | 09-2574 |
| Subject Property: | 7001 S. La Cienega Blvd. #309 | | Appraisal File: | 09-2574 |

MARKET CONDITIONS

Like many other sections of the greater L.A. area, the subject's neighborhood felt some of the negative effects of the mid 1990's real estate market. the market is once again in a declining state with foreclosures being a major factor in the declining values. These transactions are generally considered to be a part of the market.

NEIGHBORHOOD DESCRIPTION

The subject is located in the city of Los Angeles in Los Angeles County. The immediate neighborhood was built primarily in the 1940's through the 1970's and is an area of tract homes and condominiums and apartment buildings. This is an area of conforming and established single family residences, condos and multi family units.

SITE

The subject site is typical in size, utility and features to others in the neighborhood. La Cienega Boulevard is a 100-foot-wide street with traffic markings. There is room for two to three lanes of traffic in each direction and parallel parking on both sides of the street. Parking is restricted for street cleaning once a week.

SUBJECT SYSTEMS

Mechanical, roofing, electrical systems, etc. are assumed to be in average or better condition, and are rated as average in this appraisal report. However, an individual assessment of each of these systems is beyond the scope of this appraisal, and inspection by a qualified professional is recommended if there is any concern regarding any of these systems.

EXPOSURE/MARKETING TIME

The value estimate in this report is based on a total exposure time of approximately one to three months, which is typical for the subject's property type in the current market.

FINAL RECONCILIATION

The sales approach yields the most reliable and accurate indication of current market value. The cost approach was given only minimal consideration, but supports the final estimate of value. The income approach was not used due to a lack of sufficient rental data to form an opinion of value. Only very minimal adjustments were necessary as this area has homes that are very similar in appeal, condition and size. Equal emphasis is given to all of the comparables as they lend very good support for the estimated value of the subject property.

11

| Client: | Bessie Pollack | Client File | 09-2574 |
| Subject Property: | 7001 S. La Cienega Blvd. #309 | Appraisal File | 09-2574 |

HAZARDOUS MATERIAL

Unless otherwise stated in this report, the existence of hazardous material, which may or may not be on the subject property, was not observed by this appraiser. However, this appraiser is not qualified to detect such substances. The presence of potentially hazardous materials may have an effect on the marketability of the subject property that would cause a loss in value. No responsibility is assumed for any such conditions, or for any expertise or engineering knowledge required to discover said hazardous materials. The client is urged to retain the services of a qualified professional in this field if there is any indication or concern of possible hazardous material by any of the parties or professionals involved in this transaction.

LEAD-BASED PAINT REDUCTION ACT

If the subject property was built prior to 1978 then it is subject to the conditions of Title X, the Residential Lead-Based Paint Hazard Reduction Act. The property may or may not be hazardous but the borrower should be advised of the possibility that lead contamination might exist. The appraiser is not an environmental inspector or an expert on environmental issues and is not qualified to determine the extent of any possible lead-based hazards or any other environmental hazards that might or might not be present on or around the property.

CERTIFICATION

This appraisal assignment was not based on a requested minimum valuation, a specific valuation, or the approval of a loan. The appraiser's analyses, opinions, and conclusions were developed, and this report prepared, in conformity with the Uniform Standards of Professional Appraisal Practice (USPAP) and the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute. The appraiser has the appropriate knowledge and experience necessary to complete this appraisal assignment competently. The appraiser has no interest, financial or otherwise, in the property that is the subject of this report or in the transaction that may be involved regarding this property, nor does the appraiser stand to benefit in any way from the value estimate indicated for the subject property.

CERTIFICATION STATEMENT

The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics & Standards of Professional Appraisal Practice of the Appraisal Institute, which include the Uniform Standards of Professional Appraisal Practice.

The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

11

| Client: | Bessie Pollack | Client File No. | 09-2574 |
| Subject Property: | 7001 S. La Cienega Blvd. #309 | Appraisal File No. | 09-2574 |



**LOCATION MAP ADDENDUM**

File No.  09-2574
Case No.  09-2574

| Borrower | Bessie pollack | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 7001 S. La Cienega Blvd. #309 | | | | | | |
| City  Los Angeles | | County | Los Angeles | State | CA | Zip Code | 90045 |
| Lender/Client | Bessie Pollack | | Address  7001 S. La Cienega Blvd. #309, Los Angeles, CA 90045 | | | | |



| Client: | Bessie Pollack | | 09-2574 |
| Subject Property: | 7001 S. La Cienega Blvd. #309 | | 09-2574 |



# SUBJECT PHOTO ADDENDUM

| Client: | Bessie Pollack | | 09-2574 |
|---|---|---|---|
| Subject Property: | 7001 S. La Cienega Blvd. #309 | Appraisal File #: | 09-2574 |



**FRONT OF
SUBJECT PROPERTY**
7001 S. La Cienega Blvd. #309
Los Angeles, CA 90045



**REAR OF
SUBJECT PROPERTY**



**STREET SCENE**

11

**SUBJECT PHOTO ADDENDUM**

| Client: Bessie Pollack | 09-2574 |
|---|---|
| Subject Property: 7001 S. La Cienega Blvd. #309 | 09-2574 |



Living Room



Dining Room



Kitchen



## SUBJECT PHOTO ADDENDUM

| Client Name | Bessie Pollack | Client File Name | 09-2574 |
|---|---|---|---|
| Subject Property | 7001 S. La Cienega Blvd. #309 | | 09-2574 |



Bedroom



Bathroom

EXHIBIT 11

Robert Dolan
COMPARABLES 1-2-3

| Client: | Bessie Pollack | Client File Number | 09-2574 |
|---|---|---|---|
| Subject Property: | 7001 S. La Cienega Blvd. #309 | Appraisal Number | 09-2574 |



**COMPARABLE SALE #    1**
7101 La Tijera Blvd.  I101
Los Angeles



**COMPARABLE SALE #    2**
7120 La Tijera Blvd. C102
Los Angeles



**COMPARABLE SALE #    3**
7037 La Tijera Blvd. B102
Los Angeles

11

| Client | Bessie Pollack | | Client File No. | 09-2574 |
|---|---|---|---|---|
| Subject Property | 7001 S. La Cienega Blvd. #309 | | Appraisal File No. | 09-2574 |

## STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS

This appraisal is subject to the following assumptions and limiting conditions:

- This report is prepared using forms developed and copyrighted by the Appraisal Institute. However, the content, analyses, and opinions set forth in this report are the sole product of the appraiser. The Appraisal Institute is not liable for any of the content, analyses, or opinions set forth herein.

- No responsibility is assumed for matters legal in character or nature. No opinion is rendered as to title, which is assumed to be good and the property is marketable. All existing liens, encumbrances, and assessments have been disregarded, unless otherwise noted, and appraised as though free and clear, having responsible ownership and competent management.

- I have examined the property described herein exclusively for the purposes of identification and description of the real property. The objective of our data collection is to develop an opinion of the highest and best use of the subject property and make meaningful comparisons in the valuation of the property. The appraiser's observations and reporting of the subject improvements are for the appraisal process and valuation purposes only and should not be considered as a warranty of any component of the property. This appraisal assumes (unless otherwise specifically stated) that the subject is structurally sound and all components are in working condition.

- I will not be required to give testimony or appear in court because of having made an appraisal of the property in question, unless specific arrangements to do so have been made in advance, or as otherwise required by law.

- I have noted in this appraisal report any significant adverse conditions (such as needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) discovered during the data collection process in performing the appraisal. Unless otherwise stated in this appraisal report, I have no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and have assumed that there are no such conditions and make no guarantees or warranties, express or implied. I will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because I am not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable public and/or private sources that I believe to be true and correct.

- I will not disclose the contents of this appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and/or applicable federal, state or local laws.

- The Client is the party or parties who engage an appraiser (by employment or contract) in a specific assignment. A party receiving a copy of this report from the client does not, as a consequence, become a party to the appraiser-client relationship. Any person who receives a copy of this appraisal report as a consequence of disclosure requirements that apply to an appraiser's client, does not become an intended user of this report unless the client specifically identified them at the time of the assignment. The appraisers written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

- A true and complete copy of this report contains ___18___ pages including exhibits which are considered an integral part of the report. The appraisal report may not be properly understood without access to the entire report.

- If this valuation conclusion is subject to satisfactory completion, repairs, or alterations, it is assumed that the improvements will be completed competently and without significant deviation.

## VALUE DEFINITION

☒ Market Value Definition (below)    ☐ Alternate Value Definition (attached)

MARKET VALUE is defined as the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. buyer and seller are typically motivated;
2. both parties are well informed or well advised and acting in what they consider their own best interests;
3. a reasonable time is allowed for exposure in the open market;
4. payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

Source: *Appraisal Institute Dictionary of Real Estate Appraisal*

| Client: | Bessie Pollack | Client File # | 09-2574 |
|---|---|---|---|
| Subject Property: | 7001 S. La Cienega Blvd. #309 | Appraisal File # | 09-2574 |

## APPRAISER CERTIFICATION

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.

- The reported analysis, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, unbiased professional analysis, opinions, and conclusions.

- I have no present (unless specified below) or prospective interest in the property that is the subject of this report, and I have no (unless specified below) personal interest with respect to the parties involved.

- I have no bias with respect to any property that is the subject of this report or to the parties involved with this assignment.

- My engagement in this assignment was not contingent upon the developing or reporting predetermined results.

- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

- My analysis, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

- Individuals who have provided significant real property appraisal assistance are named below. The specific tasks performed by those named are outlined in the Scope of Work section of this report.

[X] None    [ ] Name(s) _____

As previously identified in the scope of work section of this report, the signer(s) of this report certify to the inspection of the property that is the subject of this report as:

**Appraiser**      [ ] None    [X] Interior    [X] Exterior
**Co-Appraiser**   [X] None    [ ] Interior    [ ] Exterior

## ADDITIONAL CERTIFICATION FOR APPRAISAL INSTITUTE MEMBERS

**Appraisal Institute Member Certifies:**

- The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics & Standards of Professional Appraisal Practice of the Appraisal Institute, which include the Uniform Standards of Professional Appraisal Practice.

- The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

| **Designated Appraisal Institute Member Certifies:** | **Designated Appraisal Institute Member Certifies:** |
|---|---|
| - As of the date of this report, I [X] have / [ ] have not completed the continuing education program of the Appraisal Institute. | - As of the date of this report, I [ ] have / [ ] have not completed the continuing education program of the Appraisal Institute. |
| **APPRAISER:** | **CO-APPRAISER:** |
| Signature | Signature _____ |
| Name  Robert J. Olah      Report Date  July, 2008 | Name _____   Report Date _____ |
| State Certification #  AR026556      ST  CA | State Certification # _____   ST _____ |
| or License # _____   ST _____ | or License # _____   ST _____ |
| Expiration Date  2/18/2011 | Expiration Date _____ |

AI Reports ™  Form AI-900.01 Assumptions and Limiting Conditions/Certification        © Appraisal Institute 2005                    11/08/05

**DECLARATION OF ROBERT J. OLAH**

**IN SUPPORT OF MOTION TO AVOID LIEN**

**BANKRUPTCY CASE NO. 2:08-bk-20271-TD**

I, ROBERT J. OLAH, declare:

1.    I am a Real Estate Appraiser, State of California Certification
#AR026556.  I make this declaration based on my own personal
knowledge, my education, my training and experience in the field
of real estate appraisal and if called as a witness, I could and
would competently testify thereto the facts stated herein.

2.    I have held a California Real Estate Appraiser License since
1999 and have been doing residential real estate appraisals since
1999.  I am actively employed as a real estate appraiser and
perform approximately 12 to 15 residential appraisals per month.

3.        In September 2009, I was retained by Bessie
Pollack to examine and appraise a single family
residence located at 7001 S. La Cienega Blvd. #309, Los Angeles,
CA 90045 (the "Subject Property").  Attached as Exhibit "A" is a
true and correct copy of the Appraisal of Condominium Unit
Residence Report I prepared with respect to the Subject Property.

4.    In determining the fair market value of the Subject Property,
I used the sales comparison approach.  I consider the sales
approach to be the most reliable in determining the fair market
value because it more accurately simulates buyer's perceptions
and actions.

-1-

5.    Based upon my observations, inspection of the Subject
Property, and market research as well as my training, education
and experience as a residential appraiser, it is my professional
opinion that the Subject Property had a fair market value of
$245,000.00 as of July 2008 (see Ex. "A").

6. I have no present or contemplated future interest in the Subject
Property.  Neither my employment nor my compensation for the
appraisal is contingent on the value found.  I have no familial
or personal relationship with Bessie Pollack other than the
preparation of this appraisal.

    I declare under the penalty of perjury under the laws of the
United States of America that the foregoing is true and correct.

    Executed on February 4, 2010, at El Segundo, California.


ROBERT J. OLAH

-2-



# Summary Appraisal Report · Residential

**of**

Bessie Pollack

7001 S. La Cienega Blvd. #309
Los Angeles, CA 90045

**As Of:**

July 2008

**Prepared For:**

Bessie Pollack
7001 S. La Cienega Blvd. #309
Los Angeles, CA 90045

**Prepared By:**

Robert J. Olah
Robert J. Olah
220 E. Maple Ave.
El Segundo, CA 90245

Robert J. Olah
220 E. Maple Ave.
El Segundo, CA 90245

July, 2008

Bessie Pollack
7001 S. La Cienega Blvd. #309
Los Angeles, CA 90045

RE:    Bessie pollack
        7001 S. La Cienega Blvd. #309
        Los Angeles, CA 90045
File No.   09-2574
Case No.  09-2574

Dear  Bessie Pollack

In accordance with your request, I have personally inspected and prepared an appraisal report of the real property located at.

7001 S. La Cienega Blvd. #309, Los Angeles, CA 90045

The purpose of this appraisal is to estimate the market value of the property described in the body of this appraisal report.

Enclosed, please find the appraisal report which describes certain data gathered during our investigation of the property.  The methods of approach and reasoning in the valuation of the various physical and economic factors of the subject property are contained in this report.

An inspection of the property and a study of pertinent factors, including valuation trends and an analysis of neighborhood data, led the appraiser to the conclusion that the market value, as of   July 2008 is:

$       245,000

The opinion of value expressed in this report is contingent upon the limiting conditions attached to this report.

It has been a pleasure to assist  you.  If I may be of further service to you in the future, please let me know.

Respectfully submitted,

Signature: _____

Robert J. Olah



| Client File #: | 09-2574 | Appraisal File #: | 09-2574 |

# Summary Appraisal Report • Residential

**Appraisal Institute®**

AI Reports ™  Form AI-100.02*

| Appraisal Company: | Robert J. Olah |
| Address: 220 E. Maple Ave., El Segundo, CA 90245 |
| Phone:  310-387-1316    Fax:  310-640-9130    Web: robertolah@sbcglobal.net |

| Appraiser: | Robert J. Olah | Co-Appraiser: |

| AI Membership: | SRA | MAI | SRPA | X Associate Member | None | AI Membership: | SRA | MAI | SRPA | Associate Member | None |

| Other Professional Affiliation: | Other Professional Affiliation: |
| E-mail:  robertolah@sbcglobal.net | E-mail: |

| Client:  Bessie Pollack | Contact: |
| Address:  7001 S. La Cienega Blvd. #309, Los Angeles, CA 90045 |
| Phone:  310-621-4862    Fax:    N/A    E-mail: N/A |

## REAL ESTATE IDENTIFICATION

Address:  7001 S. La Cienega Blvd. #309

City: Los Angeles    County: Los Angeles    State: CA  Zip:  90045

Legal Description:  Tract 25277 Lot 1 Condominium Unit 309

| Tax Parcel #: 4103-013-051 | RE Taxes:  906 | Tax Year:  2009 |

## SUBJECT PROPERTY HISTORY

Owner of Record: Bessie L Pollack

Description and analysis of sales within 3 years (minimum) prior to effective date of value: There has not been any transfer history in the past 3 years.

Description and analysis of agreements of sale (contracts), listings, and options: The subject is not currently listed for sale.

## RECONCILIATIONS AND CONCLUSIONS

| Indication of Value by Sales Comparison Approach | $ | 245,000 |
| Indication  of Value by Cost Approach | $ | 0 |
| Indication  of Value by Income Approach | $ | N/A |

Final Reconciliation of the Methods and Approaches to Value:  The sales comparison approach provides the most reliable value indicator.  The cost approach supports the estimated opinion of value but is only secondary to the sales comparison approach.

**Opinion of Value as of:** July 2008    $  245,000

*Subject to any hypothetical conditions or extraordinary assumptions stated in the Assignment Parameters section.*

* **NOTICE:** The Appraisal Institute publishes this form for use by appraisers where the appraiser deems use of the form appropriate. Depending on the assignment, the appraiser may need to provide additional data, analysis and work product not called for in this form. The Appraisal Institute plays no role in completing the form and disclaims any responsibility for the data analysis or any other work product provided by the individual appraiser(s).

| Client: Bessie Pollack | | Order No: 09-2574 |
|---|---|---|
| Subject Property: 7001 S. La Cienega Blvd. #309 | | Appraisal No: 09-2574 |

## ASSIGNMENT PARAMETERS

Intended User(s):  Bessie Pollack

Intended Use:   To present an estimated opinion of value to the intended user for the effective date of the report.

*This report is not intended by the appraiser for any other use or by any other user.*

Type of Value: Fair Market Value                                   Effective Date of Value: July 2008

Interest Appraised:   [X] Fee Simple   [ ] Leasehold   [ ] Other:

Hypothetical Conditions:  (A hypothetical condition is that which is contrary to what exists, but is asserted by the appraiser for the purpose of analysis. Any hypothetical condition may affect the assignment results.)    None

Extraordinary Assumptions:  (An extraordinary assumption is directly related to a specific assignment and presumes uncertain information to be factual. If found to be false this assumption could alter the appraiser's opinions or conclusions. Any extraordinary assumption may affect the assignment results.)   The extraordinary assumption is that the unit was in average condition as of the effective date of the report (July 2008)

In accordance with Standard Rule 2-2(b) of the Uniform Standards of Professional Appraisal Practice (USPAP), this is a summary appraisal report.

## SCOPE OF WORK

Definition: The scope of work is the type and extent of research and analysis in an assignment. Scope of work includes: the extent to which the property is identified; the extent to which tangible property is inspected; the type and extent of data researched; and the type and extent of analysis applied to arrive at opinions or conclusions. The specific scope of work for this assignment is identified below and throughout this report.

**Inspection of Subject:**

Appraiser:
[ ] None   [X] Interior  [X] Exterior
[ ] Date of Inspection      9/30/2009

Co-Appraiser:
[X] None  [ ] Interior [ ] Exterior
[ ] Date of Inspection

Living Area Measured:
[ ] Yes   [ ] No
[X] Other:     County Plat Maps

**Data Sources Used:**

[ ] MLS
[X] Public Records
[ ] Office Files
[X] Owner
[ ] Plans & Specifications
[ ] Purchase Agreement
[ ] Other: _____

**Approaches to Value Developed:**

Cost Approach:
[ ] Is necessary and developed in this analysis
[ ] Is applicable but not necessary and omitted in this analysis
[X] Is not applicable or necessary and omitted in this analysis

Sales Comparison Approach:
[X] Is necessary and developed in this analysis
[ ] Is applicable but not necessary and omitted in this analysis
[ ] Is not applicable or necessary and omitted in this analysis

Income Approach:
[ ] Is necessary and developed in this analysis
[ ] Is applicable but not necessary and omitted in this analysis
[X] Is not applicable or necessary and omitted in this analysis

Additional Scope of Work Comments: See comment addendum for greater description of scope of work.

Significant Real Property Appraisal Assistance:   [X] None   [ ] Disclose Name(s) and contribution:

| Client: | Bessie Pollack | | 09-2574 |
| Subject Property: | 7001 S. La Cienega Blvd. #309 | | 09-2574 |

## IMPROVEMENTS ANALYSIS

**General:** Design: Traditional/Condominium  No. of Units: 55   No. of Stories: 4   Actual Age: 24   Effective Age: 5

| X | Existing | | Under Construction | | Proposed | | Attached | | Detached | | Manufactured | | Modular |

Other:

**Exterior Elements:** Roofing: CompShingle          Siding: Stucco          Windows: Metal Frame

| | Patio | | Deck | | Porch | | Pool | | Fence |

Other:

**Interior Elements:** Flooring: Carpet          Walls: Plaster          X | FP# 1

Kitchen: X | Refrigerator   X | Range   X | Oven   X | Fan/Hood   X | Microwave   X | Dishwasher   Countertops: Ceramic

Other:

**Foundation:** X | Crawl Space          | Slab          | Basement

Other:

**Attic:** | None   X | Scuttle          | Drop Stair          | Stairway          | Finish

**Mechanicals:** HVAC: FAU          Fuel: Gas          Air Conditioning: Central

**Car Storage:** | Driveway          X | Garage 2          | Carport          | Finished

**Other Elements:** Community Garage

### Above Grade Gross Living Area (GLA)

| | Living | Dining | Kitchen | Den | Family Rm. | Rec. Rm. | Bdrms | # Baths | Utility | Other | Area Sq. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Level 1 | 1 | area | 1 | | | | 1 | 1.00 | | | |
| Level 2 | | | | | | | | | | | |

Finished area above grade contains:          1   Bedroom(s)   1.00   Bath(s)   721   Sq. Ft. of GLA

Summarize above grade improvements: Public records describes the subject as a condominium unit of 717 square feet, with LAR3 zoning. Inspection confirmed public records data. The improvements are of overall average condition. The living room and dining area have carpeted floors, the living room has a fireplace. The kitchen has vinyl floors and formica counters. The overall condition of this property is average.

### Below Grade Area or Other Living Area

| | Living | Dining | Kitchen | Den | Family Rm. | Rec. Rm. | Bdrms | # Baths | Utility | % Finished | Area Sq. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Below Grade | | | | | | | | | | | None |
| Other Living Area | | | | | | | | | | | None |
| Amenities | | | | | | | | | | | Pool/Spa |

Summarize below grade and/or other living area improvements: N/A

Discuss physical depreciation and functional or external obsolescence: Physical depreciations considered to be 6% which is based on the economic life divided by the economic life + the estimated remaining life. Estimated remaining economic life is 80 years. There is no evidence of external or functional obsolescence.

Discuss style, quality, condition, size, and value of improvements including conformity to market area: The subject is typical in style, size, quality, condition and value of improvements to others in the neighborhood.

| Client: | Bessie Pollack | | | Client# | 09-2574 |
|---|---|---|---|---|---|
| Subject Property: | 7001 S. La Cienega Blvd. #309 | | | App# | 09-2574 |

## SALES COMPARISON APPROACH

| ITEM | SUBJECT | COMPARISON NO. 1 | | COMPARISON NO. 2 | | COMPARISON NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 7001 S. La Cienega Blvd. #309 Los Angeles, CA 90045 | 7101 La Tijera Blvd. I101 Los Angeles | | 7120 La Tijera Blvd. C102 Los Angeles | | 7037 La Tijera Blvd. B102 Los Angeles | |
| Proximity to Subject | | 0.31 miles W | | 0.32 miles W | | 0.28 miles W | |
| Final List Price | N/A | $ 249,500 | | $ 299,900 | | $ 239,900 | |
| Sale Price | N/A | $ 249,500 | | $ 250,000 | | $ 239,000 | |
| Sale-To-List Price Ratio | N/A | 100.00 % | | 83.36 % | | 99.62 % | |
| Closing Date | N/A | 7/2/2008 | | 7/1/2008 | | 3/28/2008 | |
| Days On Market | N/A | 12 | | 99 | | 89 | |
| Price/Gross Living Area | $ 352.29 | $ 388.54 | | $ 345.78 | | $ 341.92 | |
| Data Source/ Verification | | FARES, TITLE Multiple Listing Service | | FARES, TITLE Multiple Listing Service | | FARES, TITLE Multiple Listing Service | |
| | DESCRIPTION | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment |
| Financing Type | N/A | Typical | | Typical | | Typical | |
| Concessions | N/A | None | | None | | None | |
| Contract Date | N/A | 5/14/2008 | | 5/21/2008 | | 2/25/2008 | |
| Location | Residential | Residential | | Residential | | Residential | |
| Site Size | Condo Unit | Condo Unit | | Condo Unit | | Condo Unit | |
| Site Views/Appeal | Street | Street | | Street | | Street | |
| Design and Appeal | Traditional | Traditional | | Traditional | | Traditional | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Age | 24 | 18 | | 18 | | 18 | |
| Condition | Average | Average | | Average | | Average | |
| Above Grade Bedrooms | Bedrooms 1 | Bedrooms 1 | | Bedrooms 1 | | Bedrooms 1 | |
| Above Grade Baths | Baths 1.00 | Baths 1.00 | | Baths 1.00 | | Baths 1.00 | |
| Gross Living Area | 721 Sq. Ft. | 677 Sq. Ft. | | 723 Sq. Ft. | | 699 Sq. Ft. | |
| Below Grade Area | None | None | | None | | None | |
| Below Grade Finish | None | None | | None | | None | |
| Other Living Area | None | None | | None | | None | |
| Amenities | Pool/Spa | None | +2,000 | None | +2,000 | None | +2,000 |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FAU/Central | FAU/Central | | FAU/Central | | FAU/Central | |
| Car Storage | 2-Community | 2-Community | | 2-Community | | 2-Community | |
| APN# | | 4103-008-036 | | 4103-009-074 | | 4103-008-079 | |
| DOC# | | #1177011 | | #1186395 | | #536473 | |
| MLS# | | 08-277197 | | 08-254953 | | 07-235453 | |
| Net Adj. (total) | | X + ☐ - $ 2,000 | | X + ☐ - $ 2,000 | | X + ☐ - $ 2,000 | |
| Adjusted Sale Price | | Net=1% Gross=1% $ 251,500 | | Net=1% Gross=1% $ 252,000 | | Net=1% Gross=1% $ 241,000 | |

Comments and reconciliation of the sales comparison approach: Three closed sales from the immediate neighborhood are noted in this report to establish the subject's value. GLA is adjusted at $50.00 per square foot. Bedroom count is adjusted at $10,000 per bedroom. Bathroom count was adjusted at $5,000 per bathroom or $2,500 per half bathroom. Condition adjustments were made when necessary and based on exterior inspections and MLS data when available. Other amenities were adjusted as necessary.

All of the comparables are located in the same immediate neighborhood and all of these comparables offer very similar appeal as the subject property. The data for the comparables were verified through exterior inspection and MLS data when available.

| Indication of Value by Sales Comparison Approach | | | | | | $ 245,000 | |

| Client: Bessie Pollack | | File No. 09-2574 |
|---|---|---|
| Subject Property: 7001 S. La Cienega Blvd. #309 | | Appraisal No. 09-2574 |

## COST APPROACH

### Cost Approach Definitions

☐ **Reproduction Cost** is the estimated cost to construct, at current prices as of the effective appraisal date, an exact duplicate or replica of the building being appraised, using the same materials, construction standards, design, layout, and quality of workmanship, and embodying all of the deficiencies, superadequacies, and obsolescence of the subject building.

☐ **Replacement Cost** is the estimated cost to construct, at current prices as of the effective appraisal date, a building with utility equivalent to the building being appraised, using modern materials and current standards, design and layout.

### Cost Approach Analysis

| Estimated Cost New | | | | |
|---|---|---|---|---|
| Above Grade Living Area | | Sq. Ft. @ $ | =$ | |
| Finished Below Grade Area | | Sq. Ft. @ $ | =$ | |
| Unfinished Below Grade Area | | Sq. Ft. @ $ | =$ | |
| Other Living Area | | Sq. Ft. @ $ | =$ | |
| Car Storage | | Sq. Ft. @ $ | =$ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| **Total Estimated Cost New** | | | $ | 0 |
| Less Depreciation | | | | |
| Physical | | % = $ | 0 | |
| Functional | | % = $ | 0 | |
| External | | % = $ | 0 | |
| Total Depreciation | | $ | 0 | |
| Depreciated Value of Improvements | | | $ | 0 |
| Contributory Value of Site Improvements | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| Opinion of Site Value | | | $ | |
| Indicated Value | | | $ | 0 |

Cost Approach Comments (Data Sources, Depreciation Basis, Site Value, Etc.): N/A

Cost Approach Reconciliation: The cost approach and the income approach are not typically used in the valuation of individual condominium units.

| **Indication of Value by Cost Approach** | $ | 0 |
|---|---|---|

| | Bessie Pollack | | 09-2574 |
|---|---|---|---|
| Subject Property | 7001 S. La Cienega Blvd. #309 | Appraisal File # | 09-2574 |

PURPOSE OF THIS REPORT

The purpose of this report is to present reasonable support for an opinion of the current probable fee simple interest of the subject property as of the effective date of the appraisal or any other specified date. This report is intended to be used for valuation purposes only. It is not intended for any other purpose. It is invalid for any other purpose and is invalid if used by, or relied upon by, any other party other than the indicated client. Liability extends only to the client named above. In the event that the report has been commissioned for any other purpose than valuation, the commissioned purpose has the same limitations on usage, restrictions, and protection as a report produced for valuation.

SCOPE OF THE APPRAISAL

The reader should be advised that the value estimate is the result of an inexact science and that the estimated market value is dependent upon conditions and perceptions of market value that are likely to change over time. This valuation represents an opinion estimate only and is not intended to be a guarantee or assurance of resale value. Any items of personal property, fixtures or intangible items that are attached to or located on the property, if applicable, are assessed separately for their contribution to the value, if any, of the real property being appraised.

This report utilizes two standard approaches of determining the value of single family residences: the Sales Comparison Approach and the Cost Approach. For condominium units, this report utilizes the Sales Comparison Approach only as the Cost Approach is not used in determining the value of individual condominium units. In the event the subject property is an income property, such as a two-to-four family dwelling, the Income Approach is also utilized. In addition to inspection of the subject property and comparable sales, interviews with owners or occupants of the same when possible, data sources used in the research and analysis of this appraisal report may include all of the following information sources: First American Real Estate Solutions on-line services, Multiple Listing Service (MLS) and other public data sources. Whenever possible and available, real estate agent's data concerning properties noted in the report is often used. Only information believed to be reliable and accurate is used in this report.

HIGHEST AND BEST USE

The subject property's current improved use meets the four tests of highest and best use. It is physically possible, legally permissible, financially feasible and maximally productive. Unless otherwise discussed, highest and best use as if vacant, and highest and best use as improved, are both single family residential.

FACTORS THAT AFFECT MARKETABILITY

Interest rates are currently at a low rate and many types of loans are available. Schools, parks, neighborhood shopping, and all the expected and normal services that are ordinarily provided by the city or county are available in the immediate area. There is adequate public transportation on the main streets. Freeways are easily accessible.

| Client: Bessie Pollack | 09-2574 |
| Subject Property: 7001 S. La Cienega Blvd. #309 | 09-2574 |

## MARKET CONDITIONS

Like many other sections of the greater L.A. area, the subject's neighborhood felt some of the negative effects of the mid 1990's real estate market.  the market is once again in a declining state with foreclosures being a major factor in the declining values.  These transactions are generally considered to be a part of the market.

## NEIGHBORHOOD DESCRIPTION

The subject is located in the city of Los Angeles in Los Angeles County.  The immediate neighborhood was built primarily in the 1940's through the 1970's and is an area of tract homes and condominiums and apartment buildings.  This is an area of conforming and established single family residences, condos and multi family units.

## SITE

The subject site is typical in size, utility and features to others in the neighborhood.  La Cienega Boulevard is a 100-foot-wide street with traffic markings. There is room for two to three lanes of traffic in each direction and parallel parking on both sides of the street.  Parking is restricted for street cleaning once a week.

## SUBJECT SYSTEMS

Mechanical, roofing, electrical systems, etc. are assumed to be in average or better condition, and are rated as average in this appraisal report.  However, an individual assessment of each of these systems is beyond the scope of this appraisal, and inspection by a qualified professional is recommended if there is any concern regarding any of these systems.

## EXPOSURE/MARKETING TIME

The value estimate in this report is based on a total exposure time of approximately one to three months, which is typical for the subject's property type in the current market.

## FINAL RECONCILIATION

The sales approach yields the most reliable and accurate indication of current market value. The cost approach was given only minimal consideration, but supports the final estimate of value.  The income approach was not used due to a lack of sufficient rental data to form an opinion of value.  Only very minimal adjustments were necessary as this area has homes that are very similar in appeal, condition and size.  Equal emphasis is given to all of the comparables as they lend very good support for the estimated value of the subject property.

| Client: Bessie Pollack | Client File # 09-2574 |
| Subject Property: 7001 S. La Cienega Blvd. #309 | Appraisal File # 09-2574 |

HAZARDOUS MATERIAL

Unless otherwise stated in this report, the existence of hazardous material, which may or may not be on the subject property, was not observed by this appraiser. However, this appraiser is not qualified to detect such substances. The presence of potentially hazardous materials may have an effect on the marketability of the subject property that would cause a loss in value. No responsibility is assumed for any such conditions, or for any expertise or engineering knowledge required to discover said hazardous materials. The client is urged to retain the services of a qualified professional in this field if there is any indication or concern of possible hazardous material by any of the parties or professionals involved in this transaction.

LEAD-BASED PAINT REDUCTION ACT

If the subject property was built prior to 1978 then it is subject to the conditions of Title X, the Residential Lead-Based Paint Hazard Reduction Act. The property may or may not be hazardous but the borrower should be advised of the possibility that lead contamination might exist. The appraiser is not an environmental inspector or an expert on environmental issues and is not qualified to determine the extent of any possible lead-based hazards or any other environmental hazards that might or might not be present on or around the property.

CERTIFICATION

This appraisal assignment was not based on a requested minimum valuation, a specific valuation, or the approval of a loan. The appraiser's analyses, opinions, and conclusions were developed, and this report prepared, in conformity with the Uniform Standards of Professional Appraisal Practice (USPAP) and the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute. The appraiser has the appropriate knowledge and experience necessary to complete this appraisal assignment competently. The appraiser has no interest, financial or otherwise, in the property that is the subject of this report or in the transaction that may be involved regarding this property, nor does the appraiser stand to benefit in any way from the value estimate indicated for the subject property.

CERTIFICATION STATEMENT

The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics & Standards of Professional Appraisal Practice of the Appraisal Institute, which include the Uniform Standards of Professional Appraisal Practice.

The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

| Client: Bessie Pollack | 09-2574 |
|---|---|
| Subject Property: 7001 S. La Cienega Blvd. #309 | 09-2574 |



Robert J. Deal
LOCATION MAP ADDENDUM

File No.   09-2574
Case No.   09-2574

| Borrower | Bessie pollack | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 7001 S. La Cienega Blvd. #309 | | | | | | |
| City   Los Angeles | | County | Los Angeles | State | CA | Zip Code | 90045 |
| Lender/Client | Bessie Pollack | | Address   7001 S. La Cienega Blvd, #309, Los Angeles, CA 90045 | | | | |



| Client: | Bessie Pollack | | 09-2574 |
| Subject Property | 7001 S. La Cienega Blvd. #309 | | 09-2574 |



# SUBJECT PHOTO ADDENDUM

| Client: | Bessie Pollack | | 09-2574 |
|---|---|---|---|
| Subject Property | 7001 S  La Cienega Blvd. #309 | | 09-2574 |



**FRONT OF
SUBJECT PROPERTY**
7001 S. La Cienega Blvd. #309
Los Angeles. CA 90045



**REAR OF
SUBJECT PROPERTY**



**STREET SCENE**

EXHIBIT    **A**

# SUBJECT PHOTO ADDENDUM

| Client | Bessie Pollack | | 09-2574 |
|---|---|---|---|
| Subject Property | 7001 S. La Cienega Blvd. #309 | | 09-2574 |



Living Room



Dining Room



Kitchen

**SUBJECT PHOTO ADDENDUM**

| | Bessie Pollack | | 09-2574 |
|---|---|---|---|
| | 7001 S. La Cienega Blvd. #309 | | 09-2574 |



Bedroom



Bathroom

COMPARABLES 1-2-3

| Client | Bessie Pollack | | Client File 09-2574 |
|---|---|---|---|
| Subject Property | 7001 S. La Cienega Blvd. #309 | | Appraisal File 09-2574 |



**COMPARABLE SALE #     1**

7101 La Tijera Blvd. I101
Los Angeles



**COMPARABLE SALE #     2**

7120 La Tijera Blvd. C102
Los Angeles



**COMPARABLE SALE #     3**

7037 La Tijera Blvd. B102
Los Angeles

| | Bessie Pollack | | 09-2574 |
| | 7001 S. La Cienega Blvd. #309 | | 09-2574 |

## STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS

This appraisal is subject to the following assumptions and limiting conditions:

- This report is prepared using forms developed and copyrighted by the Appraisal Institute. However, the content, analyses, and opinions set forth in this report are the sole product of the appraiser. The Appraisal Institute is not liable for any of the content, analyses, or opinions set forth herein.

- No responsibility is assumed for matters legal in character or nature. No opinion is rendered as to title, which is assumed to be good and the property is marketable. All existing liens, encumbrances, and assessments have been disregarded, unless otherwise noted, and appraised as though free and clear, having responsible ownership and competent management.

- I have examined the property described herein exclusively for the purposes of identification and description of the real property. The objective of our data collection is to develop an opinion of the highest and best use of the subject property and make meaningful comparisons in the valuation of the property. The appraiser's observations and reporting of the subject improvements are for the appraisal process and valuation purposes only and should not be considered as a warranty of any component of the property. This appraisal assumes (unless otherwise specifically stated) that the subject is structurally sound and all components are in working condition.

- I will not be required to give testimony or appear in court because of having made an appraisal of the property in question, unless specific arrangements to do so have been made in advance, or as otherwise required by law.

- I have noted in this appraisal report any significant adverse conditions (such as needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) discovered during the data collection process in performing the appraisal. Unless otherwise stated in this appraisal report, I have no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and have assumed that there are no such conditions and make no guarantees or warranties, express or implied. I will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because I am not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable public and/or private sources that I believe to be true and correct.

- I will not disclose the contents of this appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and/or applicable federal, state or local laws.

- The Client is the party or parties who engage an appraiser (by employment or contract) in a specific assignment. A party receiving a copy of this report from the client does not, as a consequence, become a party to the appraiser-client relationship. Any person who receives a copy of this appraisal report as a consequence of disclosure requirements that apply to an appraiser's client, does not become an intended user of this report unless the client specifically identified them at the time of the assignment. The appraisers written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

- A true and complete copy of this report contains ___18___ pages including exhibits which are considered an integral part of the report. The appraisal report may not be properly understood without access to the entire report.

- If this valuation conclusion is subject to satisfactory completion, repairs, or alterations, it is assumed that the improvements will be completed competently and without significant deviation.

## VALUE DEFINITION

[X] Market Value Definition (below)                                [ ] Alternate Value Definition (attached)

MARKET VALUE is defined as the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. buyer and seller are typically motivated;
2. both parties are well informed or well advised and acting in what they consider their own best interests;
3. a reasonable time is allowed for exposure in the open market;
4. payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

Source: *Appraisal Institute Dictionary of Real Estate Appraisal*

| Client: Bessie Pollack | Client File #: 09-2574 |
|---|---|
| Subject Property: 7001 S. La Cienega Blvd. #309 | Appraisal File #: 09-2574 |

## APPRAISER CERTIFICATION

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.

- The reported analysis, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, unbiased professional analysis, opinions, and conclusions.

- I have no present (unless specified below) or prospective interest in the property that is the subject of this report, and I have no (unless specified below) personal interest with respect to the parties involved.

- I have no bias with respect to any property that is the subject of this report or to the parties involved with this assignment.

- My engagement in this assignment was not contingent upon the developing or reporting predetermined results.

- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

- My analysis, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

- Individuals who have provided significant real property appraisal assistance are named below. The specific tasks performed by those named are outlined in the Scope of Work section of this report.

[X] None    ☐ Name(s) _____

As previously identified in the scope of work section of this report, the signer(s) of this report certify to the inspection of the property that is the subject of this report as:

**Appraiser**      ☐ None    [X] Interior    [X] Exterior
**Co-Appraiser**   [X] None    ☐ Interior    ☐ Exterior

## ADDITIONAL CERTIFICATION FOR APPRAISAL INSTITUTE MEMBERS

**Appraisal Institute Member Certifies:**

- The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics & Standards of Professional Appraisal Practice of the Appraisal Institute, which include the Uniform Standards of Professional Appraisal Practice.

- The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

| Designated Appraisal Institute Member Certifies: | Designated Appraisal Institute Member Certifies: |
|---|---|
| • As of the date of this report, I [X] have / ☐ have not completed the continuing education program of the Appraisal Institute. | • As of the date of this report, I ☐ have / ☐ have not completed the continuing education program of the Appraisal Institute. |
| **APPRAISER:** | **CO-APPRAISER:** |
| Signature | Signature |
| Name  Robert J. Olah            Report Date  July, 2008 | Name _____  Report Date _____ |
| State Certification #  AR026556        ST  CA | State Certification # _____  ST _____ |
| or License # _____  ST _____ | or License # _____  ST _____ |
| Expiration Date  2/18/2011 | Expiration Date _____ |

AI Reports ™  Form AI-900.01 Assumptions and Limiting Conditions/Certification     © Appraisal Institute 2005                                    11/08/05